

# RPSA
## ATTORNEYS AT LAW

ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP

August 7, 2023

<u>*Via Certified Mail/RRR*</u>

Signia Aerospace
Attn: Mr. Norman Jordan
Chief Executive Officer
12037 N Hwy 99
Seminole, OK 74868

Mezzo Technologies
Attn: Dr. Kevin Kelly
President
10246 Mammoth Avenue
Baton Rouge, LA 70814

RE: Notice to Cease and Desist Any Infringement of Intergalactic's U.S. Patent No. 11,519,670

Gentlemen:

As you know from our previous correspondence sent to you in March, our firm represents Airborne ECS, LLC, which does business as Intergalactic.

Since our last correspondence, we have learned of Mr. Jordan's confirmation that Signia Aerospace is using laser-welded microtube heat exchangers in aerospace environmental control systems. This confirmation occurred at the Paris Air Show in June, during which Mr. Jordan admitted to Intergalactic's representatives that Signia is using laser welding to affix the microtubes in the heat exchangers for its environmental control systems. We believe that the resulting products would infringe Intergalactic's U.S. Patent No. 11,519,670 (the '670 Patent). Mr. Jordan also told Intergalactic's representatives that, despite our prior correspondence to Signia Aerospace concerning the '670 Patent, Signia Aerospace has no intention of altering its operations despite the '670 patent.

In light of Signia Aerospace's advertising on its website and in its press releases, and in light of the admissions made by Mr. Jordan, it appears that Signia Aerospace is infringing the '670 Patent. Signia Aerospace's products appear to practice each element of Claim 1 of the '670 Patent. At the risk of oversimplifying, that claim basically covers (1) a microtube heat exchanger; (2) for an environmental control system of an aircraft;



rpsalaw.com

755 EAST MULBERRY, SUITE 200 | SAN ANTONIO, TEXAS 78212
O (210) 244-8844 | F (210) 244-8944



EXHIBIT
A



**RPSA**
ATTORNEYS AT LAW
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP

(3) including laser welds for coupling the microtubes to heat exchanger end plates. We believe elements (1) and (2) of that Claim 1 are included in Signia Aerospace's corresponding products based on Signia Aerospace's July 2022 press release and its website's promotion of microtube heat exchangers for aerospace environmental control systems. We further believe that element (3) of Claim 1 is met based on Mr. Jordan's statements.

We continue to prefer an amicable resolution over litigation. We therefore invite you or your attorneys to contact us to set up a meeting to discuss the matter.

Sincerely,

William H. Quirk

Enclosures:  U.S. Patent No. 11,519,670
Press Release Dated July 19, 2022