CLAIM UNLIMITED ACCESS: $1 for 5 months | Sul

NEWS    SPORTS    SPORTS BETTING    ENTERTAINMENT    OPINION    OBITS    CLASSIFIEDS    JOBS    HOMES    **PUBLIC NOTICES**    STORE



# Baton Rouge's Mezzo Technologies looking beyond race tracks to space

BR-based Mezzo Technologies looking beyond race car tracks to space after getting NASA contract



BY BILL LODGE blodge@theadvocate.com    Mar 7, 2015 Updated Jul 29, 2019    2 min to read

1 of 8





Advocate staff photo by BILL FEIG — A machine sculpts a radiator component out of a block of aluminum Tuesday at Mezzo Technologies. NASA officials toured the Baton Rouge firm's facilities and equipment.



MORE INF

+2

Baton R vying fo multimi

CLAIM UNLIMITED ACCESS: $1 for 5 months | Sub

NEWS    SPORTS    SPORTS BETTING    ENTERTAINMENT    OPINION    OBITS    CLASSIFIEDS    JOBS    HOMES    PUBLIC NOTICES    STORE

The 15-year-old company, which has produced advanced radiators and oil coolers for professional race car teams since 2007, now has an opportunity to work for NASA by developing its microtube heat exchanger for use on the space agency's planned Orion spacecraft.

"NASA has a vehicle called Orion that will circle the moon," Kevin Kelly, Mezzo's president, said Tuesday.

The Orion module, which will be home to astronauts traveling in outer space, is being built by Lockheed Martin at the Michoud facility in New Orleans, where Boeing crews also are working on the Space Launch System, a 70-ton heavy-lift rocket that will propel Orion into space.

Mezzo's $200,000 Orion research-and-development contract calls for a water-cooled heat exchanger capable of surviving tremendously hot temperatures on the moon's sunny side and fiercely freezing temperatures on its dark side.

"Our ultimate goal is Mars," said Ryan Stephan, NASA's director of game-changing development. Both men spoke during a meeting at Mezzo's 20,000-square-foot facility at 10246 Mammoth Ave.

NASA officials also said United Technologies Aerospace Systems is working on a wax-cooled heat exchanger that could be used on Orion.

Kelly said he is confident, though, that Mezzo Technologies will produce a water-cooled heat exchanger that can survive countless freezes and thaws over many years.

Case 2:24-cv-01368-JNW   Document 13   Filed 11/21/23   Page 3 of 7

"The most important part of our product is tubes that don't leak," Kelly added. "We make the vast majority of the parts right here."

Joe Poynot, a design engineer for Mezzo, added that interior channels in those tiny tubes must be drilled expertly in order to avoid leaks. Poynot said Mezzo's equipment fills that need.

"Our highest expertise is in drilling holes," Poynot added.

Kelly said the tubes in which many of those channels are drilled range in size from 0.05 millimeter to 0.1 millimeter.

Noting that miles of such tubes are contained in a Mezzo radiator for a race car, Kelly said no one should forget: "Little tubes mean lots of surface area."

11/21/23, 9:40 AM Case 2:24-cv-01368-JNW Baton Rouge's Mezzo Technologies looking beyond racecar tracks to space | Business | theadvocate.com Filed 11/21/23 Page 4 of 7

CLAIM UNLIMITED ACCESS: $1 for 5 months | Sub

NEWS    SPORTS    SPORTS BETTING    ENTERTAINMENT    OPINION    OBITS    CLASSIFIEDS    JOBS    HOMES    PUBLIC NOTICES    STORE

For years, Kelly said after the meeting, Mezzo Technologies has been predominantly a research company. Much of its income came in the form of Small Business Innovative Research grants from the Army and Navy.

Race car radiators have helped the Baton Rouge company grow the commercial side of its business since 2010, when more than half of the 33 cars at the Indianapolis 500 installed them.

Kelly declined to specify the firm's annual sales, but noted that Mezzo had 12 employees three years ago. Today, he said, there are 45 full-time employees.

"Our payroll has about tripled in the past year," Kelly said. "I think we're on a real positive trajectory."

The commercial side of Mezzo's business now exceeds its research-and-design side, he said. "By the end of this year, I believe our commercial business will be 85 percent of our total."

Kelly added: "We sell to Formula 1, to IndyCar."

Today, Kelly said, Mezzo sells between 60 and 70 expensive radiators to race car teams competing in the Verizon IndyCar Series.

On the Formula 1 circuit, Kelly said, one team buys between 20 and 30 radiators a year.

The cheapest of those radiators sells for a little over $5,000.

CLAIM UNLIMITED ACCESS: $1 for 5 months | Sub

NEWS    SPORTS    SPORTS BETTING    ENTERTAINMENT    OPINION    OBITS    CLASSIFIEDS    JOBS    HOMES    PUBLIC NOTICES    STORE

Kelly wouldn't specify the top end of the prices for race car radiators. But he did confirm that a person buying a new pickup truck today would have to pay more than the price of the truck if he or she wanted to trade the manufacturer's radiator for Mezzo's highest-priced heat exchanger.



**MORE FROM THE ADVOCATE**

- LSU's Angel Reese speaks out on the reports and rumors surrounding her absence
- Lafayette library board violates open meetings law, defers severing ties with ALA
- Former Lafayette police union president suing for damages related to suspension over Facebook posts
- Inside Louisiana's new vape ban: Smoke shop revenue slashed as law takes effect
- LSU's Angel Reese invokes Deion Sanders to respond to the rumors swirling around her

**MORE FROM OUR PARTNERS**

- Get rewards with DENPerks (DENPerks)
- This scarf is quickly becoming a must-have gift of 2023 (FashionI
- Louisiana Find Out How Others in New Orleans Are Getting We
- Taylor Swift's Private Island Cost Her $17.75M, And This Is Wh
- Three banks in New Orleans Are Offering Crazy High Returns o Accounts (Smartconsumerinsider.com)

 AD



This Day in History
Sponsored by Connatix

SPONSORED CONTENT

CLAIM UNLIMITED ACCESS: $1 for 5 months | Sub

NEWS    SPORTS    SPORTS BETTING    ENTERTAINMENT    OPINION    OBITS    CLASSIFIEDS    JOBS    HOMES    PUBLIC NOTICES    STORE



## Around The Web

**Neuropathy? Get Lasting Relief by Doing This 15 Minutes Per Day**
NEUROPRO

**Diabetes is Not from Sweets! Meet the Main Enemy of Diabetes**
HEALTH-REVIEW24

**Try This Simple Hack t [Watch]**
LIFEHAKK



**Ears Ringing? when Tinnitus Won't Stop, Do This [Its Genius]**
DOCTORS-HEALTH-QUEST-SECRETS

**100% Legal Thc Products Delivered Directly to Your Door**
HELLOMOOD

**Vacuuming Your Vehic**
EZVACPRO

**Dr. Kellyann: "Weight Loss After 50 Comes Down to This One Thing"**
DR. KELLYANN

**This Will Be the Hottest Gift This Year!**
BEST SELLING GIFTS TRENDING

**Doctors Amazed: Do T**
HEALTHIER LIFESTYLE

11/21/23, 9:40 AM
Case 2:24-cv-01368-JNW   Document 13   Filed 11/21/23   Page 7 of 7
Baton Rouge's Mezzo Technologies looking beyond racecar tracks to space | Business | theadvocate.com

CLAIM UNLIMITED ACCESS: $1 for 5 months | Sub

NEWS   SPORTS   SPORTS BETTING   ENTERTAINMENT   OPINION   OBITS   CLASSIFIEDS   JOBS   HOMES   **PUBLIC NOTICES**   STORE

DIGITAL ADVERTISING
HELP/CONTACT US
RSS FEEDS
MEDIA KIT
EEDITION
CAREERS
TEACHER'S LINK
INK SETTINGS
REVIEWING THE RECORD

CLASSIFIEDS
HOMES
STORE
ARCHIVES

subscribe
Need help

- Rep
- Crea
- Sign
- Pay
- Upd

NEWS
OPINION
SPORTS
ENTERTAINMENT/LIFE
WEATHER/TRAFFIC
NEWSLETTERS
GAMES

© Copyright 2023 The Advocate 10705 Rieger Rd., Baton Rouge, LA   | Terms of Use | Privacy Policy