UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC. <br> Plaintiff <br><br> versus <br><br> AIRBORNE ECS, LLC <br> Defendant | ) ) ) ) ) ) ) ) ) ) | Civil Action No.3:23-cv-01620-BAJ-RLB <br><br><br><br> JURY DEMANDED |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, International Mezzo Technologies, Inc. ("Mezzo"), hereby files this corporate disclosure statement and avers as follows:

1. Mezzo is a non-governmental party to this action.

2. Mezzo is a corporation duly organized and existing under the laws of the State of Louisiana. Mezzo is a citizen of Louisiana.

3. Thermo Holdco, LLC is the parent company of Mezzo.

Plaintiff, Mezzo, reserves the right to amend and/or supplement this Corporate Disclosure Statement as needed.

        Respectfully submitted:

        CARVER, DARDEN, KORETZKY, TESSIER,
        FINN, BLOSSMAN & AREAUX, L.L.C.

By:   /s/ *David Scotton*
        DAVID SCOTTON (La. Bar. No. 38889)
        EMILY LIPPOLD GUMMER (La. Bar. No. 33858)
        1100 Poydras Street, Suite 3100
        New Orleans, LA 70163
        Telephone: (504) 585-3821
        Telecopier: (504) 585-3801
        E-mail: scotton@carverdarden.com
        Email: gummer@carverdarden.com

***Attorneys for Plaintiff***
***International Mezzo Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of Court by using the CMECF system which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service.

        /s/ *David Scotton*
        DAVID SCOTTON

4871-4456-6121, v. 1