## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **INTERNATIONAL MEZZO TECHNOLOGIES, INC.,** | ) CIVIL ACTION<br>)<br>) NO. 3:23-cv-01620-BAJ-RLB |
| **Plaintiff,** | )<br>) JUDGE BRIAN A. JACKSON |
| v. | )<br>) MAGISTRATE JUDGE RICHARD L. |
| **AIRBORNE ECS, LLC,** | ) BOURGEOIS, JR.<br>) |
| **Defendant.** | ) |

### MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE*

NOW INTO COURT, comes Tyler D. Trew, a member in good standing of the bar of this Court and of the bar of the State of Louisiana, and as counsel herein for Defendant, Airborne ECS, LLC to move this Court pursuant to Local Rule 83(b)(3)(8) for permission to allow Chad S. Pehrson ("**Mr. Pehrson**") to appear *pro hac vice* in the above-captioned case and to act as counsel for Defendant and respectfully submits the following:

1. Mr. Pehrson is an attorney with the law firm of Kunzler Bean & Adamson, PC, with offices at 50 W Broadway, Suite 1000, Salt Lake City, Utah 84101, Telephone: (801) 994-4646, Fax: (801) 531-1929, cpehrson@kba.law.

2. Mr. Pehrson is a member in good standing of the State Bar of Utah and is admitted to practice in the following courts: United States District Court for the District of Utah and Utah State Courts.

3. Attached as **Exhibit A** is an original Certificate of Good Standing from the State Bar of Utah reflecting Mr. Pehrson's good standing in that court.

4. There have been no disciplinary proceeding or criminal charges instituted against

6261726

Mr. Pehrson. Attached as **Exhibit B** is Mr. Pehrson's Written Oath for *Pro Hac Vice* Admission.

5. Payment of Mr. Pehrson's $100 fee is being made with the filing of this Motion.

6. In accordance with the local rules for the United States District Court for the Middle District of Louisiana, Tyler D. Trew, of the firm of Liskow & Lewis APLC, is appointed as local counsel.

7. Mr. Pehrson authorizes the Clerk of Court for the Middle District of Louisiana to transmit notice of entries of judgments and orders to him under Fed R. Civ. P. 77. He also agrees to receive notice electronically from other parties and the Court via electronic mail. He understands that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and has verified that any such software installed on his computer or network will not filter out messages sent from Clerk@lamd.uscourts.gov. He understands this electronic notice will be in lieu of notice by any other means. He understands it is his responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update his electronic mail address within the Court's electronic filing system.

WHEREFORE, Tyler Trew, respectfully prays that Chad S. Pehrson be permitted to appear *pro hac vice* before this Court in the above captioned-case and to act as counsel for Defendant.

Respectfully submitted,

LISKOW & LEWIS APLC

/s/*Tyler D. Trew*
Tyler D. Trew (La. Bar No. 34125)
Hancock Whitney Center
701 Poydras Street, Suite 50000
New Orleans, LA 70139
Telephone: (504) 556-4164
ttrew@liskow.com

***COUNSEL FOR DEFENDANT, AIRBORNE ECS, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 30th day of January, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered for electronic service.

                                        */s/Tyler D. Trew*
                                        Tyler D. Trew