UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **INTERNATIONAL MEZZO TECHNOLOGIES, INC.,** | ) ) ) | CIVIL ACTION |
| | ) | NO. 3:23-cv-01620-BAJ-RLB |
| Plaintiff, | ) ) | |
| | ) | JUDGE BRIAN A. JACKSON |
| v. | ) ) | |
| | ) | MAGISTRATE JUDGE RICHARD L. |
| **AIRBORNE ECS, LLC,** | ) | BOURGEOIS, JR. |
| | ) | |
| Defendant. | ) | |

**WRITTEN OATH FOR *PRO HAC VICE* ADMISSION**

I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do further solemnly swear that there have been no disciplinary proceedings or criminal charges instituted against me.

*/s/ Chad S. Pehrson*
_____
Chad S. Pehrson

EXHIBIT B