# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **INTERNATIONAL MEZZO TECHNOLOGIES, INC.,** | ) ) ) | **CIVIL ACTION** |
| | ) | **NO. 3:23-cv-01620-BAJ-RLB** |
| **Plaintiff,** | ) ) | **JUDGE BRIAN A. JACKSON** |
| **v.** | ) ) | **MAGISTRATE JUDGE RICHARD L.** |
| **AIRBORNE ECS, LLC,** | ) ) | **BOURGEOIS, JR.** |
| **Defendant.** | ) | |

## <u>ORDER</u>

Considering the foregoing Motion for Admission of Counsel to Appear *Pro Hac Vice*:

IT IS ORDERED that Chad S. Pehrson of the law firm Kunzler Bean & Adamson PC, be and is hereby admitted to the bar of this Court *pro hac vice* on behalf of Defendant Airborne ECS, LLC in the above-described action.

SIGNED this _____ day of _____, 2024 at Baton Rouge, Louisiana

_____
**HON. RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**