### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC.., <br><br>   Plaintiff, <br><br> v. <br><br> AIRBORNE ECS, LLC, <br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:23-cv-01620-BAJ-RLB <br><br> JURY DEMAND |

**DECLARATION OF CHAD S. PEHRSON IN SUPPORT OF MOTION TO DISMISS**

I, Chad S. Pehrson, declare:

1. I am over twenty-one (21) years old and have personal knowledge of the facts set forth herein. I am counsel for Defendant Intergalactic Spaceworx, LLC (f/k/a/ Airborne ECS, LLC) ("Intergalactic"). I make this declaration in support of Intergalactic's Motion to Transfer or, in the Alternative, to Dismiss.

2. The federal government publishes district court management statistics quarterly. These statistics are available at https://www.uscourts.gov/statistics-reports/analysis-reports/federal-court-management-statistics.

3. Attached as **Exhibit 1** to this declaration is a true and correct copy of relevant excerpts from the September 2023 statistics for United States district courts, available at https://www.uscourts.gov/sites/default/files/fcms_na_distprofile0930.2023.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXHIBIT B

DATED: January 30, 2024

*[signature: Chad S. Pehrson]*
_____
Chad S. Pehrson (*Pro Hac Vice Pending*)
**KUNZLER BEAN & ADAMSON, PC**
50 W Broadway Ave., Ste 1000
Salt Lake City, UT 84101
Telephone: 801-810-0283
Facsimile: 8001-531-1929
Email: cpehrson@kba.law
*Attorneys for Defendant*

2

# EXHIBIT 1

## U.S. District Court — Judicial Caseload Profile

**LOUISIANA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | Sep 30 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 2,256 | 1,152 | 1,047 | 956 | 1,088 | 2,002 | | |
| | | Terminations | 1,160 | 1,522 | 1,464 | 1,266 | 1,128 | 1,230 | | |
| | | Pending | 2,463 | 2,093 | 1,678 | 1,361 | 1,322 | 2,090 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -11.3 | 73.8 | 91.2 | 109.4 | 84.0 | | 6 | 3 |
| | | Number of Judgeships | 3 | 3 | 3 | 3 | 3 | 3 | | |
| | | Vacant Judgeship Months ² | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 752 | 384 | 349 | 319 | 363 | 667 | 20 | 4 |
| | | Civil | 671 | 302 | 299 | 270 | 308 | 617 | 12 | 1 |
| | | Criminal Felony | 68 | 64 | 36 | 30 | 36 | 36 | 80 | 8 |
| | | Supervised Release Hearings | 13 | 18 | 14 | 19 | 18 | 14 | 81 | 6 |
| | Pending Cases ² | | 821 | 698 | 559 | 454 | 441 | 697 | 21 | 6 |
| | Weighted Filings ² | | 870 | 381 | 326 | 291 | 345 | 726 | 8 | 3 |
| | Terminations | | 387 | 507 | 488 | 422 | 376 | 410 | 56 | 7 |
| | Trials Completed | | 38 | 39 | 28 | 34 | 28 | 25 | 17 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.9 | 9.7 | 10.5 | 13.9 | 14.1 | 12.0 | 36 | 5 |
| | | Civil ² | 9.9 | 13.3 | 24.0 | 18.1 | 14.9 | 10.2 | 66 | 6 |
| | From Filing to Trial ² (Civil Only) | | 34.4 | 28.8 | - | 34.9 | 37.3 | 38.2 | 36 | 7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 36 1.7 | 47 2.6 | 71 5.1 | 145 13.1 | 56 5.2 | 52 2.8 | 3 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.3 | 1.1 | 1.1 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 39.8 | 35.1 | 36.1 | 24.3 | 32.6 | 38.7 | | |
| | | Percent Not Selected or Challenged | 29.0 | 28.7 | 28.0 | 18.6 | 33.9 | 32.8 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,851 | 6 | 15 | 280 | 4 | 17 | 31 | 1,021 | 276 | 18 | 108 | - | 75 |
| Criminal ¹ | 109 | - | 30 | 6 | 36 | 7 | 3 | 12 | 1 | 6 | 1 | - | 7 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**WASHINGTON WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | Sep 30 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 3,873 | 3,854 | 3,788 | 3,282 | 3,173 | 3,609 | | |
| | | Terminations | 3,696 | 3,747 | 3,331 | 3,627 | 3,332 | 3,582 | | |
| | | Pending | 2,972 | 3,040 | 3,465 | 3,109 | 2,951 | 2,984 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -6.8 | -6.4 | -4.7 | 10.0 | 13.7 | | 23 | 2 |
| | | Number of Judgeships | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | | Vacant Judgeship Months [2] | 36.0 | 43.0 | 57.0 | 59.4 | 19.3 | 26.2 | | |
| **Actions per Judgeship** | **Filings** | Total | 553 | 551 | 541 | 469 | 453 | 516 | 34 | 7 |
| | | Civil | 439 | 458 | 459 | 394 | 381 | 441 | 25 | 4 |
| | | Criminal Felony | 68 | 50 | 54 | 41 | 35 | 39 | 77 | 10 |
| | | Supervised Release Hearings | 46 | 42 | 28 | 34 | 37 | 36 | 39 | 9 |
| | Pending Cases [2] | | 425 | 434 | 495 | 444 | 422 | 426 | 54 | 8 |
| | Weighted Filings [2] | | 479 | 462 | 470 | 433 | 404 | 474 | 33 | 6 |
| | Terminations | | 528 | 535 | 476 | 518 | 476 | 512 | 28 | 7 |
| | Trials Completed | | 14 | 13 | 8 | 10 | 14 | 13 | 57 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.6 | 9.1 | 10.8 | 16.8 | 14.9 | 19.1 | 74 | 9 |
| | | Civil [2] | 6.9 | 7.6 | 7.2 | 8.7 | 7.3 | 6.4 | 15 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 18.7 | 19.7 | 18.1 | 21.8 | 34.6 | 27.3 | 16 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 86 3.7 | 68 2.8 | 96 3.5 | 135 5.6 | 144 6.2 | 150 6.3 | 26 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.3 | 1.6 | 1.5 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 38.0 | 36.3 | 39.6 | 63.3 | 40.1 | 39.3 | | |
| | | Percent Not Selected or Challenged | 31.4 | 28.3 | 25.6 | 42.1 | 30.3 | 27.6 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,090 | 581 | 40 | 411 | 4 | 43 | 210 | 406 | 282 | 189 | 484 | 23 | 417 |
| Criminal [1] | 269 | 2 | 117 | 1 | 37 | 39 | 10 | 36 | - | 5 | 5 | 4 | 13 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."