# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

INTERNATIONAL MEZZO TECHNOLOGIES, INC.
Plaintiff

v.

3:23-cv-01620-BAJ-RLB
Civil Action No.

AIRBORNE ECS, LLC
Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Defendant Intergalactic Spaceworx, LLC f/k/a Airborne ECS, LLC

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Intergalactic Spaceworx, LLC
Event Horizon Spaceworx, LLC
International Mezzo Technologies, Inc.
Thermo Holdco, LLC

/s/ Tyler D. Trew (La. Bar No. 34125)
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.