**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC., <br> Plaintiff, <br><br> v. <br><br> AIRBORNE ECS, LLC, <br> Defendant. | § § § § § § § § § § § § § § § <br> CIVIL ACTION <br><br> NO. 3:23-cv-01620-BAJ-RLB <br><br> JUDGE BRIAN A. JACKSON <br><br> MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## **DEFENDANT AIRBORNE ECS, LLC CORPORATE DISCLOSURE STATEMENT**

Defendant Intergalactic Spaceworx, LLC (fka Airborne ECS, LLC) hereby submits its corporate disclosure statement under Federal Rule of Civil Procedure 7.1.

1. Defendant is a non-governmental party to this action.

2. Defendant's parent entity is Event Horizon Spaceworx, LLC, a Delaware entity. No publicly held corporation owns 10% or more of Defendant or its parent.

Defendant reserves the right to amend and/or supplement this Corporate Disclosure Statement as needed.

                                               */s/ Tyler D. Trew*
                                               Tyler D. Trew (La. Bar 34125)
                                               Sheri L. Corales (La. Bar 37643)
                                               **LISKOW & LEWIS, APLC**
                                               One Shell Square
                                               701 Poydras St., Ste. 5000

6265291

        New Orleans, LA 70139
        Telephone:  504-556-4164
        Facsimile: 504-556-4108
        Email: ttrew@liskow.com
             scorales@liskow.com

Chad S. Pehrson (*Pro Hac Vice Pending*)
**KUNZLER BEAN & ADAMSON, PC**
50 W Broadway Ave., Ste 1000
Salt Lake City, UT 84101
Telephone: 801-810-0283
Facsimile: 8001-531-1929
Email:  cpehrson@kba.law

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record who have registered electronic service.

                                              */s/ Tyler D. Trew*