Utah.gov
Secured

A SECURE ONLINE SERVICE FROM UTAH.GOV

Subscribers    FAQs    Support    Font Size: A A A



**DIVISION OF CORPORATIONS AND COMMERCIAL CODE**
## BUSINESS SEARCH



**RELATED LINKS & RESOURCES**

# INTERGALACTIC

Update this Business

**Entity Number:** 12205985-0151
**Company Type:** DBA
**Address:** 3172 East Deseret Drive South St. George, UT 84790
**State of Origin:**
**Registered Agent:** AIRBORNE ECS, LLC
**Registered Agent Address:**

3172 EAST DESERET DRIVE SOUTH
ST. GEORGE, UT 84790

View Management Team

## Status: Active

Purchase Certificate of Existence

**Status: Active** 🟢 *as of 03/10/2021*
**Renew By:** 03/31/2024
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

## History

View Filed Documents

**Registration Date:** 03/10/2021
**Last Renewed:** N/A

## Additional Information

**NAICS Code:** 5413 **NAICS Title:** 5413-Architectural, Engineering, and Rel

<< Back to Search Results

### Get Business Info On Your Mobile



Visit this site with your mobile device

### Commerce Searches

- Business Search
- Data Request
- Professional License
- Real Estate License
- Registered Principal
- Trademark
- Uniform Commercial Code
- Verify Utah

### Department of Commerce

- Department of Commerce Home
- Division of Corporations
- Contact Us
- Disclaimer

Send Us Your Feedback
We want to know what you think. Click here to share your feedback with Utah.gov!