# AIRBORNE ECS, LLC

**Entity Number:** 11423507-0161
**Company Type:** LLC - Foreign
**Address:** 3172 EAST DESERET DRIVE SOUTH ST. GEORGE, UT 84790
**State of Origin:** DE
**Registered Agent:** RAM MANUFACTURING COMPANY, INC.
**Registered Agent Address:**
3172 EAST DESERET DRIVE SOUTH
ST. GEORGE, UT 84790

[View Management Team]

## Status: Expired

**Status:** Expired 🔴 as of 01/24/2024
**Status Description:** Failure to File Renewal
**Employment Verification:** Not Registered with Verify Utah

## History

[View Filed Documents]

**Registration Date:** 08/20/2019
**Last Renewed:** 06/21/2022

## Additional Information

**NAICS Code:** 5413 **NAICS Title:** 5413-Architectural, Engineering, and Rel

## Doing Business As

INTERGALACTIC

---

### Get Business Info On Your Mobile



### Commerce Searches

- Business Search
- Data Request
- Professional License
- Real Estate License
- Registered Principal
- Trademark
- Uniform Commercial Code
- Verify Utah

### Department of Commerce

- Department of Commerce Home
- Division of Corporations
- Contact Us
- Disclaimer

