# Corporations and Charities Filing System

## Business Information

### BUSINESS INFORMATION

| | |
|---|---|
| **Business Name:** | AIRBORNE ECS, LLC |
| **UBI Number:** | 604 126 114 |
| **Business Type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Business Status:** | TERMINATED |
| **Principal Office Street Address:** | 160 GREENTREE DR # 101, DOVER, DE, 19904, UNITED STATES |
| **Principal Office Mailing Address:** | 2007 S O ST, PORT ANGELES, WA, 98363-1328, UNITED STATES |
| **Expiration Date:** | 05/31/2019 |
| **Jurisdiction:** | UNITED STATES, DELAWARE |
| **Formation/ Registration Date:** | 05/11/2017 |
| **Period of Duration:** | PERPETUAL |
| **Inactive Date:** | 09/03/2019 |
| **Nature of Business:** | MACHINERY, EQUIPMENT, COMPUTERS & FURNITURE, PROFESSIONAL, SCIENTIFIC & TECHNICAL SERVICES |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **Registered Agent Name:** | WILLIAM LEE |
| **Street Address:** | 2007 S O ST, PORT ANGELES, WA, 98363-1328, UNITED STATES |
| **Mailing Address:** | |

### GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | WILLIAM | LEE |