UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC.<br><br>　　Plaintiff<br><br>v.<br><br>AIRBORNE ECS, LLC<br><br>　　Defendant | Civ. Action No. 3:23-cv-01620-BAJ-RLB<br><br>JURY DEMAND<br><br>JUDGE BRIAN A. JACKSON<br><br>MAG. JUDGE RICHARD L. BOURGEOIS, JR. |

**MEZZO'S EX PARTE MOTION FOR LEAVE
TO FILE SURREPLY TO AIRBORNE ECS, LLC'S REPLY TO
<u>OPPOSITION TO MOTION TO TRANSFER OR DISMISS</u>**

NOW INTO COURT, through undersigned counsel, comes International Mezzo Technologies, Inc. ("<u>Mezzo</u>") who respectfully moves this Honorable Court for leave to file the attached Surreply in response to Airborne ECS, LLC's Reply to Opposition to Airborne ECS, LLC's Motion to Transfer or Dismiss (Rec. Doc. 17).  Mezzo respectfully submits that the short (less than three pages) Surreply clarifies and corrects some of the case law cited for the first time in Airborne ECS, LLC's Reply for the benefit of the Court.

WHEREFORE, Mezzo prays that this Honorable Court grant it leave to file its Surreply to Airborne ECS, LLC's Reply to Opposition to Motion to Transfer or Dismiss.

1

Respectfully submitted,

CARVER, DARDEN, KORETZKY, TESSIER
FINN, BLOSSMAN & AREAUX, L.L.C.

/s/ *Emily L. Gummer*
Emily L. Gummer (#33858)
Kyle J. E. Koch (#39942, Middle District of Louisiana admission forthcoming)
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Email: gummer@carverdarden.com
Email: koch@carverdarden.com
Telephone: (504) 585-3814
Fax: (504) 585-3801
*Counsel for International Mezzo Technologies, Inc*.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion for Leave to File Surreply to the Airborne ECS, LLC's Reply to Opposition to Motion to Transfer or Dismiss* has been duly served upon all counsel of record in this case and those parties receiving electronic notification via the Court's CM/ECF system on this 6th day of March, 2024.

/s/ *Emily L. Gummer*
EMILY L GUMMER