UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC. <br>     Plaintiff <br><br> v. <br><br> AIRBORNE ECS, LLC <br><br><br>     Defendant | Civ. Action No. 3:23-cv-01620-BAJ-RLB <br><br> JURY DEMAND <br><br> JUDGE BRIAN A. JACKSON <br><br> MAG. JUDGE RICHARD L. BOURGEOIS, JR. |

## ORDER

Considering the foregoing *Motion for Leave to File Surreply to Airborne ECS, LLC's Reply to Opposition to Motion to Transfer or Dismiss* filed by International Mezzo Technologies, Inc.;

IT IS HEREBY ORDERED that International Mezzo Technologies, Inc. be allowed to file its Sur-Reply in response to Airborne ECS, LLC's Reply to Opposition to Airborne ECS, LLC's Motion to Transfer or Dismiss.

_____
UNITED STATES DISTRICT COURT JUDGE

4875-8392-5553, v. 1

3