UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC. | CIVIL ACTION |
| VERSUS | |
| AIRBORNE ECS, LLC | NO. 23-01620-BAJ-RLB |

### ORDER

Considering Plaintiff's **Ex Parte Motion For Leave To File Surreply To Airborne ECS, LLC's Reply To Opposition To Motion To Transfer Or Dismiss (Doc. 18)** and for good cause shown,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. Plaintiff's proposed Surreply (Doc. 18-2) shall be entered into the record as a separate docket entry.

Baton Rouge, Louisiana, this 12th day of August, 2024

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA