# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CIVIL DOCKET FOR CASE #: 3:23–cv–01620–BAJ–RLB

International Mezzo Technologies, Inc. v. Airborne ECS, LLC
Assigned to: Judge Brian A. Jackson
Referred to: Magistrate Judge Richard L. Bourgeois, Jr.
Cause: 35:145 Patent Infringement

Date Filed: 11/21/2023
Date Terminated: 08/23/2024
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**International Mezzo Technologies, Inc.**  represented by  **David Scotton**
Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,
1100 Poydras Street
Suite 3100
New Orleans, LA 70163
504–585–3839
Email: scotton@carverdarden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily Gummer**
Carver Darden Koretzky Tessier Finn Blossman & Areaux, LLC
1100 Poydras Street
Suite 3100
New Orleans, LA 70163
5045853821
Email: gummer@carverdarden.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Airborne ECS, LLC**  represented by  **Tyler Davis Trew**
Liskow & Lewis
701 Poydras Street
Suite 5000
New Orleans, LA 70139–5099
504–581–7979
Fax: 504–556–4108
Email: ttrew@liskow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad S. Pehrson**
50 West Broadway
Suite 1000
Salt Lake City, UT 84101
801–994–4646

Fax: 801–531–1929
Email: cpehrson@kba.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2023 | Ï 1 | COMPLAINT against Airborne ECS, LLC ( Filing fee $ 402 receipt number ALAMDC–2673341.), filed by International Mezzo Technologies, Inc.. (Attachments: # 1 Exhibit A– 8/7/23 Notice, # 2 Exhibit B– Indianapolis Motor Speedway Article, # 3 Exhibit C– Advocate Article, # 4 Exhibit D– DOE Press Release, # 5 Exhibit E– American Nuclear Society Article, # 6 Exhibit F– 48th International Conference on Environmental Systems Article, # 7 Exhibit G– Mezzo Patent 8,177,932, # 8 Exhibit H– Airborne Patent 11,519,670, # 9 Attachment Civil Cover Sheet)(Scotton, David) (Attachments 7 & 8 replaced on 11/28/2023) (EDC). Modified on 11/28/2023 to rotate pages. (EDC). (Entered: 11/21/2023) |
| 11/21/2023 | Ï 2 | Corporate Disclosure Statement by International Mezzo Technologies, Inc. identifying Corporate Parent Thermo Holdco, LLC for International Mezzo Technologies, Inc... (Scotton, David) (Entered: 11/21/2023) |
| 11/21/2023 | Ï 3 | Certificate of Interested Persons by International Mezzo Technologies, Inc. identifying Corporate Parent Thermo Holdco, LLC for International Mezzo Technologies, Inc.. (Scotton, David) (Entered: 11/21/2023) |
| 11/22/2023 | Ï 4 | NOTICE: Counsel shall submit the approved AO 120 for Patents and Trademarks form located at https://www.uscourts.gov/forms/other–forms/report–filing–patenttrademark for transmission to the Patent and Trademark Office.<br><br>Once completed, the form will be filed using the event Report on Filing of AO 120 – Patents or Trademarks located under the Notices Category. (DCB) (Entered: 11/22/2023) |
| 12/06/2023 | Ï 5 | WAIVER OF SERVICE Returned Executed by International Mezzo Technologies, Inc.. Airborne ECS, LLC waiver sent on 12/1/2023, answer due 1/30/2024. (Gummer, Emily) (Entered: 12/06/2023) |
| 12/08/2023 | Ï 6 | SCHEDULING CONFERENCE ORDER: A Telephone Scheduling Conference is set for 3/14/2024 at 09:30 AM before Magistrate Judge Richard L. Bourgeois Jr. Counsel for Plaintiff(s) shall initiate the call to all parties then contact the Court at (225) 389–3602. Status Report due by 2/29/2024. Signed by Magistrate Judge Richard L. Bourgeois, Jr. on 12/7/2023. (SGO) (Entered: 12/08/2023) |
| 01/30/2024 | Ï 7 | MOTION for Chad S. Pehrson to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC–2703465) by Airborne ECS, LLC (Attachments: # 1 Exhibit Ex A – Certificate of Good Standing, # 2 Exhibit Ex B – Written Oath, # 3 Proposed Pleading; Proposed Order)(Trew, Tyler) (Entered: 01/30/2024) |
| 01/30/2024 | Ï 8 | MOTION to Transfer or, in the Alternative, to Dismiss by Airborne ECS, LLC (Attachments: # 1 Attachment Memorandum in Support, # 2 Exhibit A – McCann Declaration, # 3 Exhibit B – Pehrson Declaration)(Trew, Tyler). Added MOTION to Transfer Case to on 2/1/2024. (EDC). Modified on 2/1/2024 to edit text. (EDC). (Entered: 01/30/2024) |
| 02/01/2024 | Ï | MOTION(S) REFERRED: 7 MOTION for Chad S. Pehrson to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC–2703465). This motion is now pending before the USMJ. (EDC) (Entered: 02/01/2024) |
| 02/06/2024 | Ï 9 | |

| | | |
|---|---|---|
| | | ORDER granting 7 Motion for Chad S. Pehrson to Appear Pro Hac Vice on behalf of Defendant Airborne ECS, LLC. Signed by Magistrate Judge Richard L. Bourgeois, Jr. on 2/6/2024..<br><br>ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e−file access www.lamd.uscourts.gov/pro−hac−vice−e−filing−registration.<br><br>(This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SGO) (Entered: 02/06/2024) |
| 02/07/2024 | 10 | Certificate of Interested Persons by Airborne ECS, LLC identifying Corporate Parent Event Horizon Spaceworx, LLC, Affiliate/Interested Person Intergalactic Spaceworx, LLC for Airborne ECS, LLC.. (Trew, Tyler) (Entered: 02/07/2024) |
| 02/07/2024 | 11 | Corporate Disclosure Statement by Airborne ECS, LLC identifying Corporate Parent Event Horizon Spaceworx, LLC for Airborne ECS, LLC.. (Trew, Tyler) (Entered: 02/07/2024) |
| 02/09/2024 | 12 | NOTICE OF DEFICIENCY with LR 7.1 as to 10 Certificate of Interested Persons.<br><br>Failure to add all listed interested persons to CM/ECF upon filing of Certificate of Interested Persons<br><br>REQUIRED CORRECTION: Within one business day, the filer shall add all interested persons listed on the certificate using the event Add Interested Person located under Notices in the CM/ECF system. (JEG) (Entered: 02/09/2024) |
| 02/09/2024 | 13 | Certificate of Interested Persons by Airborne ECS, LLC identifying Corporate Parent Event Horizon Spaceworx, LLC, Affiliate/Interested Person International Mezzo Technologies, Inc., Affiliate/Interested Person Thermo Holdco, LLC, Affiliate/Interested Person Intergalactic Spaceworx, LLC for Airborne ECS, LLC.. (Trew, Tyler) (Entered: 02/09/2024) |
| 02/20/2024 | 14 | MEMORANDUM in Opposition to 8 MOTION to Dismiss MOTION to Transfer filed by International Mezzo Technologies, Inc.. (Attachments: # 1 Exhibit A Kevin Kelly Declaration, # 2 Exhibit B Utah SOS Record − Intergalactic, # 3 Exhibit C Utah SOS Record − Airborne ECS, # 4 Exhibit D Washington SOS Record − Airborne ECS)(Gummer, Emily) (Entered: 02/20/2024) |
| 02/29/2024 | 15 | Joint STATUS REPORT by International Mezzo Technologies, Inc.. (Gummer, Emily) (Entered: 02/29/2024) |
| 03/05/2024 | 16 | Notice to Counsel: Considering the 8 Motion to Transfer or, in the Alternative, to Dismiss, the Telephone Scheduling Conference set for 3/14/2024 is CANCELLED. The parties shall contact the chambers of Magistrate Judge Richard L. Bourgeois, Jr. upon a resolution of the motion so appropriate orders may be entered if necessary. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SGO) (Entered: 03/05/2024) |
| 03/05/2024 | 17 | REPLY in Support of 8 MOTION to Dismiss MOTION to Transfer filed by Airborne ECS, LLC. (Trew, Tyler) (Entered: 03/05/2024) |
| 03/06/2024 | 18 | MOTION for Leave to File Surreply to Defendant's Motion to Dismiss or Transfer by International Mezzo Technologies, Inc. (Attachments: # 1 Proposed Order on Motion for Leave, # 2 Proposed Pleading; Surreply)(Gummer, Emily) (Entered: 03/06/2024) |
| 08/12/2024 | 19 | ORDER granting 18 MOTION for Leave to File Surreply to Defendant's Motion to Dismiss or Transfer. Signed by Judge Brian A. Jackson on 8/12/2024. (EDC) (Entered: 08/12/2024) |
| 08/12/2024 | 20 | SURREPLY to 8 MOTION to Dismiss or to Transfer filed by International Mezzo Technologies, Inc.. (EDC) (Entered: 08/12/2024) |

| | | |
|---|---|---|
| 08/23/2024 | 21 | RULING AND ORDER: Granted in part 8 Motion to Transfer Or, in the Alternative, to Dismiss. This matter be and is hereby TRANSFERRED to the U.S. District for the Western District of Washington. Signed by Judge Brian A. Jackson on 8/22/2024. (EDC) (Entered: 08/23/2024) |
| 08/23/2024 | 22 | GENERAL ORDER: All pleadings and other papers filed under seal in civil and criminal actions shall be maintained under seal for thirty days following final disposition of the action. After that time, all sealed pleadings and other papers shall be placed in the case record unless a District Judge or Magistrate Judge, upon motion and for good cause shown, orders that the pleading or other paper be maintained under seal.<br><br>The deadline for filing any motions regarding the unsealing of any document shall be within thirty days of the final disposition of any action and shall contain a concise statement of reasons for maintaining the pleading or other paper under seal.<br><br>ATTENTION: If a motion to retain documents under seal is NOT filed, all documents shall be placed in the public case record, unless specifically identified in the attached General Order<br><br>Signed by Chief Judge Shelly D. Dick on 7/8/2019. (EDC) (Entered: 08/23/2024) |

*Case #: 3:23−cv−01620−BAJ−RLB*