**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

August 29, 2024

**INTERNATIONAL MEZZO TECHNOLOGIES INC V. AIRBORNE ECS LLC**
Case # 2:24−cv−01368−GJL

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

### Copyright/Patent/Trademark Forms Omitted
The Copyright/Patent/Trademark form(s) were omitted upon case opening. If applicable, the form(s) should be emailed to the proper jurisdictional court and **cannot** be electronically filed. Please email the form to newcases.seattle@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file