Honorable Grady J. Leupold

1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9  INTERNATIONAL MEZZO TECHNOLOGIES, INC.,

No. 2:24-cv-01368-GJL

**NOTICE OF APPEARANCE**

10              Plaintiff,

11          v.

12  AIRBORNE ECS LLC,

13              Defendants.

14

15  TO:          The Clerk of the Court

16  AND TO:      All Counsel of Record

17      PLEASE TAKE NOTICE that John D. Denkenberger hereby appears as counsel for

18  Plaintiff International Mezzo Technologies, Inc. Please serve copies of all documents and

19  pleadings regarding this litigation, with the exception of service of process, upon the

20  undersigned counsel.

21

22

23

24

25

26

27

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1

Dated this 5th day of September, 2024.

2

3       CHRISTENSEN O'CONNOR
        JOHNSON KINDNESSPLLC
4

5

6       s/John D. Denkenberger
7       John D. Denkenberger, WSBA No. 25,907
        1201 Third Avenue, Suite 3600
8       Seattle, WA  98101-3029
        Telephone:  206.682.8100
9       E-mail:  john.denkenberger@cojk.com,
        litdoc@cojk.com
10

11      *Attorney for Plaintiff International Mezzo*
        *Technologies, Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100