Honorable Grady J. Leupold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRBORNE ECS LLC, <br><br> Defendants. | No. 2:24-cv-01368-GJL <br><br> **NOTICE OF APPEARANCE** |

TO:      The Clerk of the Court

AND TO:     All Counsel of Record

PLEASE TAKE NOTICE that John Whitaker hereby appears as counsel for Plaintiff International Mezzo Technologies, Inc. Please serve copies of all documents and pleadings regarding this litigation, with the exception of service of process, upon the undersigned counsel.

NOTICE OF APPEARANCE
(2:24-cv-01368-GJL) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Dated this 5th day of September, 2024.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

s/John Whitaker
John Whitaker, WSBA No. 28,868
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
E-mail: john.whitaker@cojk.com,
litdoc@cojk.com

*Attorney for Plaintiff International Mezzo Technologies, Inc.*

NOTICE OF APPEARANCE
(2:24-cv-01368-GJL) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100