THE HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRBORNE ECS, LLC, <br><br> Defendant. | Case No. 2:24-cv-01368-GJL <br><br> **NOTICE OF APPEARANCE** |

TO:        The Clerk of the Court

AND TO:    All parties and counsel of record

YOU AND EACH OF YOU Please take notice that Mark P. Walters of Lowe Graham Jones PLLC hereby appear for Defendant Intergalactic Spaceworx LLC fka Airborne ECS, LLC, doing business as Intergalactic. All further pleadings and papers, except original process, shall be served upon said attorney.

Mark P. Walters, WSBA #30819
walters@lowegrahamjones.com
Lowe Graham Jones PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 981010
Telephone: (206) 381-3300

///

////

///

**NOTICE OF APPEARANCE FOR MARK P. WALTERS** - 1
No. 24-cv-01368-GJL

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Dated this 27th day of September 2024.

                                              LOWE GRAHAM JONES PLLC

*/s/ Mark P. Walters*
Mark P. Walters, WSBA No. 30819
*Walters@LoweGrahamJones.com*
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301

**NOTICE OF APPEARANCE FOR MARK P. WALTERS** - 2
No. 24-cv-01368-GJL

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

129645.0002/8075328.1