UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL MEZZO
TECHNOLOGIES INC,

Plaintiff(s),

v.

AIRBORNE ECS LLC,

Defendant(s).

CASE NO.
2:24–cv–01368–JNW

MINUTE ORDER REASSIGNING
CASE

This action has been assigned to the Honorable Jamal N Whitehead, United States District Judge. All future documents filed in this case must bear the cause number 2:24–cv–01368–JNW and bear the Judge's name in the upper right hand corner of the document.

DATED October 1, 2024

Ravi Subramanian
Clerk of Court

By: /s/ Kelly A Miller
Deputy Clerk