# EXHIBIT A

| Deadline | Proposed Date |
| --- | --- |
| Deadline to Join Additional Parties | April 25, 2025 |
| Mezzo's Declaration of Trade Secrets with Reasonable Particularity | April 11, 2025 |
| Mezzo's Preliminary Invalidity Contentions | March 28, 2025 |
| Identification of Terms for Construction | May 15, 2025 |
| Exchange of Preliminary Claim Constructions & Extrinsic Evidence | May 30, 2025 |
| Joint Claim Construction Chart and Prehearing Statement | July 14, 2025 |
| Completion of Claim Construction Related Discovery | September 1, 2025 |
| Opening Markman Brief | September 5, 2025 |
| Response Markman Briefs | September 20, 2025 |
| Claim Construction Hearing | As ordered by the Court |
| Deadline to serve final invalidity contentions | Within 30 days of the Court's issuance of its Claim Construction Order |
| Close of non-Markman factual discovery | December 19, 2025 |
| Opening expert reports by party bearing burden | January 16, 2026 |
| Responding expert reports | January 30, 2026 |
| Close of non-Markman expert discovery | February 27, 2026 |
| Deadline to file all dispositive motions, including motions for summary judgment, motions to strike experts and Daubert motions. | March 27, 2026 |
| Oppositions to dispositive motions. | April 10, 2026 |
| Replies to dispositive motions | April 24, 2026 |
| Deadline to file motions in limine | May 15, 2026 |
| Deadline to file pretrial order | 30 days before trial |
| Pretrial Conference | As ordered by the Court |
| Deadline to file trial briefs, proposed voir dire questions, and jury instructions | As ordered by the Court |
| Jury Trial | As ordered by the Court |