1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT [SEATTLE] [TACOMA]

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES INC, <br><br> Plaintiff, <br><br> v. <br><br> AIRBORNE ECS LLC, <br><br> Defendant. | CASE NO. 2:24-cv-01368-JNW <br><br> **ORDER SETTING TRIAL DATE AND RELATED DATES** |

## SCHEDULING DEADLINES

Having reviewed the parties' Joint Status Report and Discovery Plan, the Court sets the following trial and related dates:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | June 22, 2026 |
| Length of trial | Five days |
| Statement of asserted claims and preliminary infringement contentions due | February 14, 2025 |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
|---|---|
| Statement of preliminary non-infringement and invalidity contentions due | March 28, 2025 |
| Deadline for joining additional parties | April 25, 2025 |
| Parties to exchange claim terms, phrases, or clauses which they contend should be construed by the Court | May 15, 2025 |
| Parties to exchange preliminary proposed constructions of disputed claim terms and provide list of proposed extrinsic evidence | May 30, 2025 |
| Joint Claim Construction and Prehearing Statement due | July 14, 2025 |
| Parties to disclose reports from expert witnesses, if any, regarding *Markman* issues | July 14, 2025 |
| Parties to disclose rebuttal expert reports, if any, regarding *Markman* issues | August 13, 2025 |
| Deadline for completion of claim construction discovery and for amending pleadings | September 2, 2025 |
| Opening claim construction briefs filed by (and noted for the date that the responsive claim construction briefs are due) | September 5, 2025 |
| Responsive claim construction briefs filed by | September 20, 2025 |
| Technology tutorial (if necessary) at 09:00 AM on | October 6, 2025 |

ORDER SETTING TRIAL & RELATED DATES - 2

| EVENT | DATE |
|---|---|
| *Markman* hearing at 09:00 AM on | October 20, 2025 |
| Deadline to serve final invalidity contentions | Within 30 days of the Court's issuance of its Claim Construction Order |
| Non-*Markman* factual discovery completed by | December 19, 2025 |
| Reports from expert witnesses under FRCP 26(a)(2) due | January 16, 2026 |
| Rebuttal expert reports due | January 30, 2026 |
| All discovery motions must be filed by (and noted on the motion calendar 21 days from the filing date; *see* LCR 7(d)(3)) | February 6, 2026 |
| Non-*Markman* expert discovery completed by | February 27, 2026 |
| All dispositive motions must be filed by (and noted on the motion calendar 28 days from the filing date; *see* LCR 7(d)(4)) | March 9, 2026 |
| All motions related to expert witnesses (*e.g.,* Daubert motion) must be filed by and noted on the motion calendar no later than 21 days thereafter (see LCR 7(d)(3)) | March 9, 2026 |
| Settlement conference per LCR 39.1(c)(2) held no later than | March 30, 2026 |

ORDER SETTING TRIAL & RELATED DATES - 3

| **EVENT** | **DATE** |
|---|---|
| All motions *in limine* must be filed by (and noted on the motion calendar for 21 days before the Pretrial Conference) | May 15, 2026 |
| Agreed pretrial order due | June 5, 2026 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | June 5, 2026 |
| Pretrial Conference at 09:00 AM on | June 12, 2026 |

The Local Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled *Markman* hearing or trial date create an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be prepared to begin trial on the date

ORDER SETTING TRIAL & RELATED DATES - 4

scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts. gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/ whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 30th day of January, 2025.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 5