HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC., <br><br>Plaintiff,<br><br>v.<br><br>AIRBORNE ECS LLC.<br><br>Defendant. | Case No. 2:24-cv-01368-JNW <br><br> NOTICE OF APPEARANCE <br><br>**[CLERKS ACTION REQUIRED]** |

TO:     THE CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

   PLEASE TAKE NOTICE that Tyler L. Farmer and Ariel A. Martinez of Martinez & Farmer LLP hereby appear on behalf of Defendant Airborne ECS LLC in the above-entitled action.

   It is further requested that all papers and pleadings herein, except original process, shall be served upon the undersigned at the address below stated. This appearance does not waive any defense or objection to the lawsuit, the court's jurisdiction, or the venue of the action.

NOTICE OF APPEARANCE - 1
(Case No. 2:24-cv-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
Seattle, Washington 98112
206-208-2270

1  DATED this 1st day of April, 2025.

2                                              MARTINEZ & FARMER LLP

3                                              By: *s/Tyler L. Farmer*
                                               By: *s/Ariel A. Martinez*
4                                                  Tyler L. Farmer, WSBA #39912
                                                   Ariel A. Martinez, WSBA #54869
5                                                  4020 East Madison St., Suite 300
                                                   Seattle, WA 98112
6                                                  Tel:   (206) 208-2270
                                                   Email: tyler@mfseattle.com
7                                                  Email: ariel@mfseattle.com

8
                                               *Attorneys for Airborne ECS LLC*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 2                                   MARTINEZ & FARMER LLP
(Case No. 2:24-cv-01368-JNW)                              4020 EAST MADISON ST. SUITE 300
                                                             Seattle, Washington 98112
                                                                  206-208-2270