HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRBORNE ECS LLC, <br><br> Defendant. | Case No.  2:24-cv-01368-JNW <br><br> AIRBORNE ECS LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Airborne ECS LLC ("Airborne") hereby advises the Court that Airborne is a subsidiary of General Electric Company, operating as GE Aerospace, a publicly traded company, and General Electric Company owns more than 10% of the stock of Airborne ECS.

AIRBORNE ECS LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT - 1
(Case No. 2:24-cv-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
Seattle, Washington 98112
206-208-2270

1  DATED this 1st day of April, 2025.

|  | MARTINEZ & FARMER LLP |
|---|---|
|  | By: *s/Tyler L. Farmer* <br> By: *s/Ariel A. Martinez* <br> Tyler L. Farmer, WSBA #39912 <br> Ariel A. Martinez, WSBA #54869 <br> 4020 East Madison St., Suite 300 <br> Seattle, WA 98112 <br> Tel:   (206) 208-2270 <br> Email: tyler@mfseattle.com <br> Email: ariel@mfseattle.com <br><br> *Attorneys for Airborne ECS LLC* |

AIRBORNE ECS LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT - 2
(Case No. 2:24-cv-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
Seattle, Washington 98112
206-208-2270