THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRBORNE ECS, LLC, <br><br> Defendant. | Case No. 2:24-cv-01368-GJL <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

TO:        The Clerk of the Court

AND TO:   All parties and counsel of record

YOU AND EACH OF YOU Please take notice that pursuant to LCR 83.2(b)(3), the undersigned attorney Mark P. Walters of Lowe Graham Jones PLLC hereby withdraws as attorney of record for Defendant Intergalactic Spaceworx LLC fka Airborne ECS, LLC, doing business as Intergalactic. The Defendant continues to be represented by counsel at law firms of Jones Day and Martinez & Farmer.

This Notice of Withdrawal is effective immediately.

///

///

///

///

**NOTICE OF WITHDRAWAL OF COUNSEL** - 1
No. 24-cv-01368-GJL

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Dated this 21st day of April 2025.

                                           LOWE GRAHAM JONES PLLC

                                           /s/ Mark P. Walters
                                           Mark P. Walters, WSBA No. 30819
                                           *Walters@LoweGrahamJones.com*
                                           1325 Fourth Avenue, Suite 1130
                                           Seattle, WA 98101
                                           T: 206.381.3300
                                           F: 206.381.3301

**NOTICE OF WITHDRAWAL OF COUNSEL** - 2
No. 24-cv-01368-GJL

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301