Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>AIRBORNE ECS LLC,<br><br>  Defendants. | No. 2:24-cv-01368-JNW<br><br>**STIPULATED MOTION FOR PROTECTIVE ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 14, 2025** |

Plaintiff International Mezzo Technologies ("Plaintiff") and Defendant Airborne ECS LLC ("Defendant") hereby submit the following Stipulated Protective Order for approval and entry by the Court.

Attached hereto is the proposed stipulated protective order negotiated among the moving parties. Additionally, attached hereto as Exhibit A is a redline version of the Court's model protective order reflecting any departures from the model, pursuant to LCR 26(c)(2).

SO STIPULATED AND AGREED this 14th day of May, 2025.

STIPULATED MOTION FOR PROTECTIVE ORDER (2:24-cv-01368-JNW) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

| | |
|---|---|
| **MARTINEZ & FARMER LLP** | **CHRISTENSEN O'CONNOR JOHNSON KINDNESS, PLLC** |
| By: s/Tyler L. Farmer | By: s/John Whitaker |
| Tyler L. Farmer, WSBA #39912<br>Ariel A. Martinez, WSBA #54869<br>tyler@mfseattle.com<br>ariel@mfseattle.com<br>4020 East Madison St., Suite 300<br>Seattle, WA 98112<br>T: 206.208.2270 | John D. Denkenberger, WSBA No. 25,907<br>John Whitaker, WSBA No. 28,868<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-3029<br>Telephone: 206.682.8100<br>E-mail: john.denkenberger@cojk.com,<br>john.whitaker@cojk.com,<br>litdoc@cojk.com |
| **JONES DAY** | **CARVER DARDEN KORETZKY TESSIER FINN BLOSSMAN & AREAUX** |
| s/William E. Devitt | s/Emily Gummer |
| William E. Devitt (*pro hac vice*)<br>Anneli Kawaoka (*pro hac vice*)<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606<br>wdevitt@jonesday.com<br>akawaoka@jonesday.com | David Scotton (*pro hac vice*)<br>Emily Gummer (*pro hac vice*)<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163<br>Telephone: 504.585.3821<br>E-mail: scotton@carverdarden.com,<br>gummer@carverdarden.com |
| Yury Kalish (*pro hac vice*)<br>51 Louisiana Ave NW<br>Washington, DC 20001<br>ykalish@jonesday.com | *Attorneys for Plaintiff International Mezzo Technologies, Inc.* |
| Laura Kanouse Vining (*pro hac vice*)<br>1221 Peachtree St. NE, Ste 400<br>Atlanta, GA 30309<br>lkvining@jonesday.com | |
| Randall Kay (*pro hac vice*)<br>4655 Executive Dr., Ste 1500<br>San Diego, CA 92121<br>rekay@jonesday.com | |
| **KUNZLER BEAN & ADAMSON, PC**<br>Chad S. Pehrson (*pro hac vice*)<br>Stephen R. Richards (*pro hac vice*)<br>cpehrson@kba.law<br>srichards@kba.law<br>50 W. Broadway, Suite 100<br>Salt Lake City, UT 84101<br>T: 801.994.4646 | |
| *Attorneys for Airborne ECS LLC* | |

STIPULATED MOTION FOR PROTECTIVE ORDER (2:24-cv-01368-JNW) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100