The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL MEZZO TECHNOLOGIES, INC., <br><br>        Plaintiff, <br><br>   v. <br><br> AIRBORNE ECS, LLC, <br><br>        Defendant. | No. 2:24-cv-01368-JNW <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES

    PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(3), the undersigned attorney Anneli Kawaoka of Jones Day hereby withdraws as attorney of record for Defendant Intergalactic Spaceworx, LLC f/k/a Airborne ECS, LLC.  The Defendant continues to be represented by counsel at the law firms of Jones Day and Martinez & Farmer LLP.

NOTICE OF WITHDRAWAL OF COUNSEL- 1
(CASE NO. 2:24-CV-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
Seattle, Washington 98112
206-208-2270

DATED this 17th day of July, 2025.

                RESPECTFULLY SUBMITTED,

                JONES DAY

                By:  */s/ Anneli Kawaoka*
                      Anneli Kawaoka*
                      JONES DAY
                      110 N. Wacker Drive, Suite 4800
                      Chicago, IL 60606
                      Phone: (312) 269-4240
                      akawaoka@jonesday.com

MARTINEZ & FARMER LLP

By:  */s/ Tyler L. Farmer*
      Tyler L. Farmer, WSBA #39912
      Ariel A. Martinez, WSBA #54869
      4020 East Madison, St., Suite 300
      Seattle, WA 98112
      T: 206.208.2270
      tyler@mfseattle.com
      ariel@mfseattle.com

      William E. Devitt*
      JONES DAY
      110 N. Wacker Drive, Suite 4800
      Chicago, IL 60606
      Phone: (312) 269-4240
      wdevitt@jonesday.com

      Laura Kanouse Vining*
      JONES DAY
      1221 Peachtree Street N.E., Suite 400
      Atlanta, GA 30361
      Phone: (404) 581-8352
      lkvining@jonesday.com

      Yury Kalish*
      Jennifer L. Swize*
      Nathaniel C. Sutton*
      JONES DAY
      51 Louisiana Ave., NW
      Washington, DC 20001
      Phone: (202) 879-3939
      ykalish@jonesday.com
      jswize@jonesday.com
      nsutton@jonesday.com

NOTICE OF WITHDRAWAL OF COUNSEL- 2
(CASE NO. 2:24-CV-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
Seattle, Washington 98112
206-208-2270

Randall E. Kay*
JONES DAY
4655 Executive Drive
San Diego, CA 92121-3134
Tel: (858) 314-1200
rekay@jonesday.com

*Admitted *pro hac vice*

NOTICE OF WITHDRAWAL OF COUNSEL- 3
(CASE NO. 2:24-CV-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
Seattle, Washington 98112
206-208-2270