HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL MEZZO
TECHNOLOGIES, INC.,

              Plaintiff,

      v.

AIRBORNE ECS LLC,

              Defendant.

NO.  2:24-cv-01368-JNW

[PROPOSED] ORDER GRANTING INTERGALACTIC'S MOTION TO STRIKE OR DISMISS MEZZO'S COUNTERCLAIM IN REPLY AND ITS SEVENTH AFFIRMATIVE DEFENSE

NOTE ON MOTION CALENDAR:
Date: December 10, 2025

The Court, having reviewed the pleadings and materials in the case, it is hereby ORDERED that:

Defendant's Motion to Strike or Dismiss Mezzo's Counterclaim in Reply and Its Seventh Affirmative Defense is GRANTED.

DATED this _____ day of _____, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

[PROPOSED] ORDER GRANTING INTERGALACTIC'S MOTION
TO STRIKE OR DISMISS MEZZO'S COUNTERCLAIM IN REPLY
AND ITS SEVENTH AFFIRMATIVE DEFENSE  - 1
(Case No. 2:24-cv-01368-JNW)

*Presented by:*

MARTINEZ & FARMER LLP

*s/Tyler L. Farmer*
*s/Ariel A. Martinez*
    Tyler L. Farmer, WSBA #39912
    Ariel A. Martinez, WSBA #54869
    4020 East Madison St., Suite 300
    Seattle, WA 98112
    Tel:  (206) 208-2270
    Email: tyler@mfseattle.com
    Email: ariel@mfseattle.com

JONES DAY

    William E. Devitt *(pro hac vice)*
    110 North Wacker Drive, Suite 4800
    Chicago, IL 60606
    Tel: 312-269-4240
    E: wdevitt@jonesday.com

    Yury Kalish *(pro hac vice)*
    Jennifer L. Swize *(pro hac vice)*
    Nathaniel C. Sutton *(pro hac vice)*
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001-2113
    Tel: 202-879-3616
    E: ykalish@jonesday.com
    E: jswize@jonesday.com
    E: nsutton@jonesday.com

    Randall Kay *(pro hac vice)*
    4655 Executive Drive, Suite 1500
    San Diego, CA 92121
    Tel: 858-314-1139
    E: rekay@jonesday.com

    Laura Kanouse Vining *(pro hac vice)*
    1221 Peachtree Street, N.E., Suite 400
    Atlanta, GA 30361-3053
    Tel: 404-581-8352
    E: lkvining@jonesday.com

    Robert M. Breetz *(pro hac vice)*
    Emily C. Towers *(pro hac vice)*

[PROPOSED] ORDER GRANTING INTERGALACTIC'S MOTION
TO STRIKE OR DISMISS MEZZO'S COUNTERCLAIM IN REPLY
AND ITS SEVENTH AFFIRMATIVE DEFENSE  - 2
(Case No. 2:24-cv-01368-JNW)

901 Lakeside Ave
Cleveland, OH 44114
Phone: (216) 586-3939
rbreetz@jonesday.com
etowers@jonesday.com

*Attorneys for Airborne ECS LLC*

[PROPOSED] ORDER GRANTING INTERGALACTIC'S MOTION
TO STRIKE OR DISMISS MEZZO'S COUNTERCLAIM IN REPLY
AND ITS SEVENTH AFFIRMATIVE DEFENSE  - 3
(Case No. 2:24-cv-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270