THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL MEZZO
TECHNOLOGIES, INC.,

    Plaintiff,

  v.

AIRBORNE ECS, LLC,

    Defendant.

Case No. 2:24-cv-01368-JNW

INTERGALACTIC'S ANSWER TO
MEZZO'S COUNTERCLAIM IN REPLY

**JURY TRIAL DEMANDED**

Defendant Intergalactic Spaceworx, LLC fka Airborne ECS, LLC, doing business as Intergalactic ("Intergalactic"), by and through its attorneys of record answers Plaintiff International Mezzo Technologies, Inc.'s ("Mezzo's") Counterclaim in Reply Against Intergalactic for Declaration of Invalidity and/or Unenforceability for Failure to Name the Correct Inventor ("Counterclaim in Reply") filed on October 29, 2025 (Dkt. 83) as follows:

**INTERGALACTIC'S PRELIMINARY STATEMENT**

Mezzo's Counterclaim in Reply is improper and is duplicative of various Causes of Action in its Complaint (Dkt. 1). Intergalactic separately moves to strike or dismiss portions of Mezzo's Answer to Counterclaims (Dkt. 83), including Mezzo's Counterclaim in Reply and its Seventh Defense.

INTERGALACTIC'S ANSWER TO MEZZO'S COUNTERCLAIM IN
REPLY - 1
(CASE NO. 2:24-CV-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
Seattle, Washington 98112
206-208-2270

### INTERGALACTIC'S ANSWER TO MEZZO'S COUNTERCLAIM IN REPLY

1. Intergalactic incorporates by reference its responses in its Amended Answer and Counterclaim to Mezzo's Complaint (Dkt. 81).

2. Admit only that Intergalactic is the owner by assignment of United States Patent No. 11,519,670 (the "'670 patent"), deny the remainder.

3. Admit only that the '670 patent identifies Taylor Fausett and Nicholas F. Herrick-Kaiser as the inventors, deny the remainder.

4. This paragraph includes legal assertions that do not require a response; to the extent it includes factual assertions, admit only that Mr. Fausett and Mr. Herrick-Kaiser each signed a declaration, deny the remainder.

5. Deny.

6. Deny.

7. Deny.

8. Deny.

9. Deny.

10. Intergalactic denies that Mezzo is entitled to any relief on its asserted claims.

### GENERAL DENIAL

Intergalactic denies any allegation contained in the Counterclaim in Reply not expressly admitted above and specifically reserves all affirmative or other defenses that it may have against Mezzo's allegations.  To the extent the unnumbered headings in the Counterclaim in Reply are meant to be factual assertions, Intergalactic denies them.

### DEFENSES

Intergalactic incorporates by reference its defenses in its Amended Answer and Counterclaim to Mezzo's Complaint (Dkt. 81) and asserts these defenses to the Counterclaim in Reply without waiver, limitation, or prejudice.  Intergalactic neither agrees nor concedes that it has the burden of proof nor the burden of persuasion for any of these issues.  In addition,

INTERGALACTIC'S ANSWER TO MEZZO'S COUNTERCLAIM IN REPLY - 2
(CASE NO. 2:24-CV-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
Seattle, Washington 98112
206-208-2270

Intergalactic specifically and expressly reserves the right to amend its Amended Answer and Counterclaim to Mezzo's Complaint, its Answer to Mezzo's Counterclaim in Reply, and these defenses, and to add additional defenses, based upon legal theories, facts, and circumstances that may or will be discovered and/or further legal analysis of Mezzo's positions in this litigation.

## PRAYER FOR RELIEF

Intergalactic incorporates by reference the Prayer for Relief in its Amended Answer and Counterclaim to Mezzo's Complaint (Dkt. 81).

## JURY DEMAND

Intergalactic demands a trial by jury on all issues triable by a jury.

DATED this 12th day of November, 2025.

RESPECTFULLY SUBMITTED,

MARTINEZ & FARMER LLP

By: */s/Tyler L. Farmer*
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison, St., Suite 300
Seattle, WA 98112
T: 206.208.2270
tyler@mfseattle.com
ariel@mfseattle.com

William E. Devitt*
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Phone: (312) 269-4240
wdevitt@jonesday.com
akawaoka@jonesday.com

Robert M. Breetz*
Emily C. Towers*
901 Lakeside Ave
Cleveland, OH 44114
Phone: (216) 586-3939
rbreetz@jonesday.com

INTERGALACTIC'S ANSWER TO MEZZO'S COUNTERCLAIM IN REPLY - 3
(CASE NO. 2:24-CV-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
Seattle, Washington 98112
206-208-2270

etowers@jonesday.com

Laura Kanouse Vining\*
JONES DAY
1221 Peachtree Street N.E., Suite 400
Atlanta, GA 30361
Phone: (404) 581-8352
lkvining@jonesday.com

Yury Kalish\*
Jennifer L. Swize\*
Nathaniel C. Sutton\*
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Phone: (202) 879-3939
ykalish@jonesday.com
jswize@jonesday.com
nsutton@jonesday.com

Randall E. Kay\*
JONES DAY
4655 Executive Drive
San Diego, CA 92121-3134
Tel: (858) 314-1200
rekay@jonesday.com

\*Admitted *pro hac vice*

INTERGALACTIC'S ANSWER TO MEZZO'S COUNTERCLAIM IN
REPLY - 4
(CASE NO. 2:24-CV-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
Seattle, Washington 98112
206-208-2270