# EXHIBIT B



EVENTS   VISIT   RACE FANS   ABOUT   SHOP

# NEWS    PHOTOS    VIDEOS

## MEZZO MICROCHANNEL RADIATOR WINS BORGWARNER LOUIS SCHWITZER AWARD

**May 21, 2010 | By**

Mezzo Technologies engineers Charles Becnel, Patrick Luke and Christophe Marques and Tino Belli of Andretti Autosport received the 44th annual BorgW Schwitzer Award on May 21 at the Indianapolis Motor Speedway for their development of the Mezzo MicroChannel Radiator.

Designed to fit in the same space and use the same connectors as existing radiators, the Mezzo MicroChannel Radiator significantly reduces coolant tem reliable, robust performance. Earlier this year, the IZOD IndyCar Series approved the technology for use by all teams.

Mezzo Technologies, based in Baton Rouge, La., also has developed cooling systems for military and other automotive use.

"\ a small company, and we're much like family," Luke said. "We're just tickled to win this award. For the Indy racing (project), Tino found us."

Case 2:24-cv-01368-JNW    Document 92-3    Filed 12/29/25    Page 3 of 4



EVENTS     VISIT     RACE FANS     ABOUT     SHOP

industry.

Presented to engineers by engineers, the Louis Schwitzer Award rewards individuals with the courage and passion to explore and develop new concepts technology. BorgWarner sponsors this prestigious $10,000 award, which is presented by the Indiana Section of SAE International. The winners' names ar Schwitzer trophy on permanent display at the Indianapolis Motor Speedway Hall of Fame Museum.

The award was initiated in 1967 to recognize automotive pioneer Louis Schwitzer. After working in the automotive industry for many years, Schwitzer four Schwitzer Corporation, which produced innovative cooling fans, water pumps and turbochargers. The Schwitzer Corporation joined BorgWarner in 1999. career, Schwitzer enjoyed numerous technological accomplishments, supported higher education, led the IMS technical committee for many years and m strong association with SAE.

Mezzo Technologies doesn't have a longtime background with racing technology, but it joins the prestigious company of past Schwitzer winners, including as Andy Granatelli, Dan Gurney, Colin Chapman, Bruce McLaren, Smokey Yunick, A.J. Foyt, Parnelli Jones, John Barnard and others.

"He was an amazing innovator and engineer," Luke said of Schwitzer. "I don't think we know the company we're in, but I think everybody is Google-ing it b We're tickled."

*** 

**2010 Indy 500 tickets:** Tickets for the 2010 Indianapolis 500, scheduled for Sunday, May 30, are on sale now. Race Day ticket prices start at just $20.

Fans can order tickets online at **www.imstix.com**, call the IMS ticket office at (317) 492-6700, or (800) 822-INDY outside the Indianapolis area or visit the the IMS Administration Building at the corner of Georgetown Road and 16th Street. Online orders can be made at any time. Hours for phone orders and t are 8 a.m.-5 p.m. (ET) Monday-Friday.

Tickets for groups of 20 or more also are on sale. Contact the IMS Group Sales Department at (866) 221-8775 for more information.

IMS Ticket Office

Contact Us

317-492-6700
Mon - Fri, 9 a.m. - 5 p.m. ET

tickets@brickyard.com

4790 West 16th Street
Indianapolis, IN 46222

Corporate

Careers

INDYCAR

IMS Productions (TV/Radio)

Sponsorship Opportunities

Sustainability

Case 2:24-cv-01368-JNW   Document 92-3   Filed 12/29/25   Page 4 of 4



EVENTS    VISIT    RACE FANS    ABOUT    SHOP



Connect with IMS:

            

© COPYRIGHT 2023 IMS LLC

Contact Us

Privacy Policy

Terms of Sale

Terms of Use

Payer Transparency Mandate – Machine Readable Files