# EXHIBIT J



# Employee Handbook

**INTERNATIONAL MEZZO TECHNOLOGIES, INC.**

7167 Florida Boulevard

Baton Rouge, LA 70806

Voice: 225-706-0191 (Main)

Fax: 225-706-0198

**About This Handbook**

The following pages contain information regarding many of the policies and procedures of International Mezzo Technologies, Inc. (hereby referred to as "MEZZO"). This is not an employment contract and is not intended to create contractual obligations of any kind.

The policies and procedures outlined in this handbook will be applied at the discretion of MEZZO. To preserve the ability to meet company needs under changing conditions, MEZZO may modify, augment, delete or revoke any and all policies, procedures, practices, and statements contained in this manual at any time without notice. Such changes shall be effective immediately upon approval by management unless otherwise stated. We will notify you when an official change in policy or procedure has been made.

MEZZO values the many talents and abilities of its employees and seeks to foster an open, cooperative and dynamic environment where employees and the company alike can thrive. If you would like further information or have questions about any of the policies and procedures outlined in this handbook, please feel free to bring them to the attention of the Human Resources Manager.

1

# TABLE OF CONTENTS

**ABOUT THIS HANDBOOK**.................................................................................................1


**STANDARD EMPLOYMENT PRACTICES**.......................................................................6

AT WILL EMPLOYMENT                                          6
EQUAL EMPLOYMENT OPPORTUNITY                               6
SEXUAL AND OTHER UNLAWFUL HARASSMENT                       6
AMERICANS WITH DISABILITIES ACT OF 1990                    7
IMMIGRATION LAW COMPLIANCE                                 8
STANDARDS OF CONDUCT                                       8
PERSONNEL FILE                                             8
CRIMINAL CONVICTIONS                                       8


**GENERAL POLICIES AND PROCEDURES**........................................................................9

ORIENTATION                                                9
REPORTING CHANGES                                          9
JOB CLASSIFICATIONS                                        9
PAY PERIODS                                                10
PAYROLL                                                    10
HOURS OF WORK                                              10
9/80 WORK SCHEDULE                                         10
OVERTIME                                                   12
ATTENDANCE & PUNCTUALITY                                   12
AVAILABILITY FOR WORK                                      12
PERFORMANCE REVIEWS                                        12
SALARY INCREASES                                           13
HOLIDAYS                                                   13
DRUGS AND ALCOHOL                                          14
SMOKING                                                    14
VIOLENCE & WEAPONS                                         14
FOOD AND BEVERAGES                                         14
EXPENSE REIMBURSEMENT                                      15


**COMPANY PROPERTY AND ASSETS**.............................................................................16

USE OF COMPANY PROPERTY                                    16
TELEPHONE USE                                              16
PERSONAL SAFETY                                            16
MONITORING & SEARCHES                                      17
CONFIDENTIAL INFORMATION                                   17
INTELLECTUAL PROPERTY POLICY                               17

DISSEMINATION OF INFORMATION                                                18

**COMPETING BUSINESS OR EMPLOYMENT**.......................................................................**19**

CONFLICTS OF INTEREST                                                        19
NON-SOLICITATION                                                            19
COMPETING EMPLOYMENT                                                        19

**LEAVE POLICIES**.................................................................................................................**20**

GENERAL POLICIES                                                            20
ACCUMULATING PAID LEAVE                                                     20
VACATIONS                                                                   21
SICK LEAVE                                                                  21
PERSONAL LEAVE OF ABSENCE                                                   21
JURY DUTY                                                                   22
MEDICAL LEAVE OF ABSENCE                                                    22
MILITARY DUTY                                                               23
FUNERAL LEAVE                                                               23
FORCED CLOSINGS AND SEVERE WEATHER                                          23

**EMPLOYEE BENEFITS**........................................................................................................**24**

BENEFITS ELIGIBILITY                                                        24
MEDICAL INSURANCE                                                           24
RETIREMENT PLAN                                                             24
STOCK OPTIONS                                                               24
WORKER'S COMPENSATION                                                       24
COBRA                                                                       24

**DISCIPLINARY POLICIES**...................................................................................................**26**

PROBLEM RESOLUTION                                                          26
CORRECTIVE ACTION                                                           26

**SEPARATION POLICIES**.....................................................................................................**27**

JOB ABANDONMENT                                                             27
RESIGNATION                                                                 27
SEPARATION PROCESS                                                          28
EMPLOYMENT REFERENCES                                                       28
EXHIBIT A                                                                    1
EXHIBIT B                                                                    1

**OVERVIEW OF THE FAMILY AND MEDICAL LEAVE ACT**...............................................**1**

3

EMPLOYER COVERAGE                                    1
EMPLOYEE ELIGIBILITY                                 1
LEAVE ENTITLEMENT                                    2
MAINTENANCE OF HEALTH BENEFITS                       3
JOB RESTORATION                                      3
NOTICE AND CERTIFICATION                             4
UNLAWFUL ACTS                                        5
ENFORCEMENT                                          5
EXHIBIT C                                            1


**OVERVIEW OF FEDERAL EQUAL OPPORTUNITY LAWS, INCLUDING THE AMERICANS WITH DISABILITIES ACT, THE EQUAL PAY ACT, THE AGE DISCRIMINATION IN EMPLOYMENT ACT**..................................................................................................1


EXHIBIT D                                            1


**OVERVIEW OF THE IMMIGRATION REFORM AND CONTROL ACT**.............................................1


EXHIBIT E                                            1


**MEZZO TRAVEL & EXPENSE POLICY**..................................................................................1


GENERAL GUIDELINES                                  1
GROUND TRAVEL                                       2
PER DIEM EXPENSES                                   3
MEZZO EMPLOYMENT CONTRACT                           1
AT-WILL EMPLOYMENT                                  1


**I UNDERSTAND AND ACKNOWLEDGE THAT MY EMPLOYMENT WITH MEZZO IS FOR AN UNSPECIFIED DURATION AND CONSTITUTES "AT-WILL" EMPLOYMENT. I ACKNOWLEDGE THAT THIS EMPLOYMENT RELATIONSHIP MAY BE TERMINATED AT ANY TIME, WITH OR WITHOUT GOOD CAUSE OR FOR ANY OR NO CAUSE, AT THE OPTION EITHER OF MEZZO OR MYSELF, WITH OR WITHOUT NOTICE. FURTHER, MEZZO MAY MODIFY OR REDEFINE MY JOB DESCRIPTION OR DUTIES AT ANY TIME**..................................1


**CONFIDENTIAL INFORMATION**..................................................................................1


NON DISCLOSURE AGREEMENT                            1
COMPANY EQUIPMENT                                   1
COMPANY PROPERTY                                    2
DEFINITION OF CONFIDENTIAL INFORMATION              2
FORMER EMPLOYER INFORMATION                         2
THIRD PARTY INFORMATION                             2

**INVENTIONS**..........................................................................................................................................**3**

INVENTIONS RETAINED AND LICENSED                                                                                         3
ASSIGNMENT OF INTELLECTUAL PROPERTY                                                                                      3
INVENTIONS ASSIGNED TO THE UNITED STATES                                                                                 3
MAINTENANCE OF RECORDS                                                                                                   3
PATENT AND COPYRIGHT REGISTRATIONS                                                                                       4
APPLICATION                                                                                                              4
CONFLICTING EMPLOYMENT                                                                                                   4

**I AGREE THAT, DURING THE TERM OF MY EMPLOYMENT WITH MEZZO, I WILL NOT ENGAGE IN ANY OTHER EMPLOYMENT, OCCUPATION, CONSULTING OR OTHER BUSINESS ACTIVITY RELATED TO THE BUSINESS IN WHICH MEZZO IS NOW INVOLVED OR BECOMES INVOLVED DURING THE TERM OF MY EMPLOYMENT, NOR WILL I ENGAGE IN ANY OTHER ACTIVITIES THAT CONFLICT WITH MY OBLIGATIONS TO MEZZO...............4**

RETURNING COMPANY DOCUMENTS                                                                                              4

**I AGREE THAT, AT THE TIME OF LEAVING THE EMPLOY OF MEZZO, I WILL DELIVER TO MEZZO (AND WILL NOT KEEP IN MY POSSESSION, RECREATE OR DELIVER TO ANYONE ELSE) ANY AND ALL SOFTWARE, DEVICES, RECORDS, DATA, NOTES, REPORTS, PROPOSALS, LISTS, CORRESPONDENCE, SPECIFICATIONS, DRAWINGS, BLUEPRINTS, SKETCHES, MATERIALS, EQUIPMENT, OTHER DOCUMENTS OR PROPERTY, OR REPRODUCTIONS OF ANY AFOREMENTIONED ITEMS DEVELOPED BY ME PURSUANT TO MY EMPLOYMENT WITH MEZZO OR OTHERWISE BELONGING TO MEZZO, ITS SUCCESSORS OR ASSIGNS. IN THE EVENT OF THE TERMINATION OF MY EMPLOYMENT, I AGREE TO SIGN AND DELIVER THE "TERMINATION CERTIFICATION" ATTACHED HERETO AS EXHIBIT B..................................................................................................................4**

NOTIFICATION TO NEW EMPLOYER                                                                                             5

**IN THE EVENT THAT I LEAVE THE EMPLOY OF MEZZO, I HEREBY GRANT CONSENT TO NOTIFICATION BY MEZZO TO MY NEW EMPLOYER ABOUT MY RIGHTS AND OBLIGATIONS UNDER THIS AGREEMENT...........................................................................................5**

SOLICITATION OF EMPLOYEES                                                                                                5
NONCOMPETITION AGREEMENT                                                                                                 5
REPRESENTATIONS                                                                                                          5
GENERAL PROVISIONS                                                                                                       6
GOVERNING LAW; CONSENT TO PERSONAL JURISDICTION                                                                          6
ENTIRE AGREEMENT                                                                                                         6
SEVERABILITY                                                                                                             6
SUCCESSORS AND ASSIGNS                                                                                                   6
EXHIBIT A                                                                                                                1
EXHIBIT B                                                                                                                1
TERMINATION CERTIFICATION                                                                                                1

**Standard Employment Practices**

At Will Employment

MEZZO does not offer tenured or guaranteed employment to any of its employees. Unless MEZZO has otherwise expressly agreed in writing, all employment is at will and may be terminated by the employee or by MEZZO at any time and for any reason, including during or after any evaluation period. As a result, continued employment with MEZZO is at the sole and exclusive option of company management.

Equal Employment Opportunity

MEZZO is an Equal Opportunity employer. MEZZO is committed to providing equal employment opportunities to all individuals without regard to race, color, religion, sex, national origin, age, disability, marital status, sexual orientation, or any other characteristic protected by law. For further information about the applicability of Federal Equal Opportunity Laws, including the Americans with Disabilities Act, the Equal Pay Act, the Age Discrimination in Employment Act, see Exhibit D in the Appendices.

MEZZO does not discriminate on the basis of sex in compensation or benefits for women and men who work in the same establishment and perform jobs that require equal skill, effort, and responsibility and which are performed under similar conditions.

MEZZO will make reasonable accommodations for qualified individuals with known disabilities unless doing so would result in an undue hardship. An employee with a disability for which reasonable accommodation is needed should contact a Human Resources Manager to discuss possible solutions.

Employees with questions or concerns about any type of discrimination in the workplace are encouraged to bring these issues to the attention of a Human Resources Manager. Employees can raise legitimate concerns and make good faith reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will be subject to disciplinary action, up to and including discharge.

Sexual and Other Unlawful Harassment

MEZZO will endeavor to maintain a work environment that nourishes respect for the dignity of each individual. This policy is adopted in furtherance of that tradition. MEZZO will not allow any form of sexual harassment or any such conduct that has the purpose or effect of interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment.

Such conduct, whether experienced directly or observed while targeted at another, should be reported immediately to the supervisor, manager or Human Resources Director. The HR Department will conduct an investigation and will be required to report the findings to the President's office or his or her appointed representative. The privacy of the employee filing the report and the employee under investigation shall be respected at all times consistent with the obligation to conduct a fair and

6

thorough investigation.    All complaints of harassment will be promptly, thoroughly and confidentially investigated and, where necessary, appropriate Corrective Action will be taken. Any person found to have unlawfully harassed another employee will be subject to appropriate disciplinary action, up to and including discharge.

Displaying sexually explicit images or text on company property is a violation of MEZZO policy. Employees are not allowed to access, read, download, archive, edit, or manipulate sexually explicit material from the Internet while using company resources.  Any sexually explicit material sent by a fellow employee or received from outside sources should be reported to the employee's Manager.

It is against the policies of MEZZO for an employee to harass another person because of the person's sex, race, color, religion, national origin, age, disability, sexual orientation, marital status, or other characteristic protected by law.  Actions, words, jokes, or comments based on such characteristics will not be tolerated.

Consequently, it is against the policies of MEZZO for an employee to sexually harass another person. Unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature constitute sexual harassment when:

(1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

(2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

(3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or environment.

Any intentional sexual harassment is considered to be a major violation of MEZZO policy and will be dealt with accordingly by Corrective Action, which may consist of counseling and/or suspension or termination, depending upon the severity of the violation.  Corrective Action is further discussed in a later section of this Handbook.

<u>Americans with Disabilities Act of 1990</u>

The *Americans with Disabilities Act* prohibits discrimination on the basis of disability in all employment practices, public accommodations, public transportation, and telecommunications.  If you require accommodation to perform your essential duties, you should make a request through your department to the Human Resource Manager.  Normally, such requests must be accompanied by medical documentation regarding the disability.

Immigration Law Compliance

MEZZO does not hire anyone that is not a citizen of the United States, unless he or she is a non-citizen that is authorized to work in the U.S.  As a condition of employment, all new and past employees must show valid proof that they are eligible to work in the United States.  An overview of the Immigration Reform and Control Act can be found at Exhibit E in the Appendices.

Standards of Conduct

MEZZO expects that all employees conduct themselves in a professional and ethical manner.  An employee should not conduct business that is unethical in any way, nor should an employee influence other employees to act unethically.  In the event that you become aware of another employee's behavior or actions, which you believe are inappropriate, illegal, problematic, or in any way inhibit or affect your job performance or the MEZZO work environment, you should discuss such behavior or actions with the President, a Human Resources Manager or other appropriate management personnel.

All reasonable concerns will be promptly, thoroughly and confidentially investigated by MEZZO and, when necessary, appropriate Corrective Action will be taken.  You should not discuss such actions or behavior with other MEZZO employees.  Your discussing such matters with other employees may – in and of itself – create an unacceptable work environment for which you will be held responsible and for which you may be disciplined in accordance with MEZZO's disciplinary policy.

Personnel File

MEZZO keeps personnel files on each of its employees.  These files are confidential in nature and are retained by a Human Resources Manager.  They will not be copied or be removed from the premises unless there is a legitimate business reason to do so.  All employees may view his or her personnel file by contacting a Human Resources Manager during normal business hours.  No employee may alter or remove any document in his or her personnel file.

Criminal Convictions

MEZZO reserves the right not to hire or retain anyone that has been convicted of a criminal offense.  Conviction of a crime that involves dishonesty may result in an automatic termination of employment.  Before any decision is made, the nature of the crime and circumstances surrounding the conviction will be considered.

8

**General Policies and Procedures**

Orientation

In accordance with federal law, both new employees and re-hires will be required to provide documentation of identity and eligibility to work in the United States. The I-9 form will be used for this purpose. New employees will also receive a copy of the Employee Handbook and will be given the time to read it and ask any clarifying questions of a Human Resources Manager. A signed copy of the "Acknowledgement & Receipt of Understanding" will remain in the employee's personnel file.

Reporting Changes

You are responsible for promptly notifying a Human Resources Manager of any change in your name, address, telephone number, marital status, citizenship, tax withholding allowances, emergency contact information, insurance beneficiary, or dependent insurance coverage. Accurate and correct information is vital for benefits and insurance records and other MEZZO files.

Job Classifications

Employees are classified by two major categories: "Exempt" and "Non-exempt." This handbook applies to both Exempt and Non-Exempt employees.

(1) Exempt employees are generally salaried and fall into one or more of the following four classifications: executive, professional, administrative, or sales. These employees are exempt from the applicable provisions of state and federal wage and hour laws (FLSA). Due to billing and accounting procedures, exempt employees, even if salaried, must submit a time record for each pay period.

(2) Non-exempt employees are eligible to receive overtime pay in accordance with state and federal wage and hour laws (FLSA). These employees are required to submit a time record for each pay period, approved by the appropriate supervisor, for the purpose of tracking hours worked and calculating compensation.

Employees are also classified within one of the following three statuses:

(1) Full-time: any employee that is regularly scheduled to work 35 hours a week or more. Full-time employees are eligible for standard company benefits, unless they have been hired on a temporary basis.

(2) Part-time: any employee that is regularly scheduled to work less than 35 hours per week. Part-time employees are not eligible for standard company benefits.

(3) Temporary: any temporary work that has a predetermined start and end date of employment. Temporary employees are not eligible for standard company benefits, regardless of the number of regularly scheduled hours of work per week.

9

<u>Time Keeping</u>

Nonexempt employees are required to use the time sheets (or other means provided by MEZZO), logging time-in, time-out and any non-compensated breaks. Employees will record their time in the spreadsheet provided, then print a copy and have it signed by a manager or supervisor before submitting their time sheet at the end of a pay period. Exempt employees are also required to use the time sheets (or other means provided by MEZZO) to allocate time spent on different tasks or project codes.

All Employees should update their time sheets each day at the close of business. MEZZO may audit these time sheets for completeness at any time during a time period.

<u>Pay Periods</u>

Time periods end on the 15th and the last day of each month. All employees must prepare, sign, and submit time sheets prior to the close of business on the last day of a time period. MEZZO employees will be paid within fifteen (15) working days of the last day of each time period, provided their time sheet is timely completed and submitted.

<u>Payroll</u>

Both exempt and nonexempt employees will have federal and state taxes withheld from their wages. Payroll checks will not be released prior to the set pay schedule for any reason, nor will they be released to anyone other than the employee.

<u>Hours of Work</u>

MEZZO's standard work week is from 12:01 p.m. on Friday to Noon on the following Friday. Full-time employees must work 40 hours during the standard work week on a 9/80 Work Schedule. Schedules may vary based on MEZZO's needs. Employees may not deviate from the company's hours of work, unless a manager or supervisor specifically approves a request.

The office is open from 8:00 a.m. to 6:00 p.m., Monday through Thursday and 8 a.m. to 5 p.m every other Friday. MEZZO's preference is for employees to be at work during these hours. If extended hours are required, MEZZO will allow some flexibility with the expectation that employees will make every effort to align their hours with office hours and will arrive for work <u>no later than 9:00 a.m.</u> This is in order to facilitate consistent and reliable availability for meetings and other interactions, which are crucial to the smooth operation of this business.

<u>9/80 Work Schedule</u>

The 9/80 Work Schedule consists of eight 9-hour days (Monday-Thursday), one 8-hour day (Friday), and one day off (alternate Friday) for a total of 80 hours during two consecutive work weeks.

10

Holidays, Paid Leave, and Jury Duty Pay:

- Holidays occurring Monday through Thursday will result in 9 hours of Holiday Pay. Holidays occurring on regularly scheduled work Fridays will result in 8 hours of Holiday Pay. If the Holiday occurs on a Friday that is not a scheduled workday, the day off will be the preceding business day.

- Vacation and sick time will reflect the hours scheduled for the work day. If an employee is scheduled for 9 hours on Monday and requests vacation for the day, 9 hours of vacation will be recorded on the timesheet.

- Jury duty pay shall not be paid for time spent during an employee's regularly scheduled Friday off since the employee is not scheduled to work on that day.

Employees working on a scheduled Friday Off:

- If it is necessary for an exempt employee to work on a day off, the employee may take an alternate day or portion of a day off during the same pay period, with the approval of his or her supervisor.

- If it is necessary for a non-exempt employee to work on a day off, the employee shall be paid accordingly. The employee's supervisor must authorize any overtime hours to be worked in advance.

Employees are expected to utilize their Fridays off to take care of personal items (doctor visits, etc) whenever possible.

It is the responsibility of employees and supervisors to make this schedule work. If employees abuse this schedule by not working the required time or by not using their time off for all personal items possible, it will be discontinued.

### 9/80 Compressed Workweek Schedule

Workweek Beings @ 12:01 p.m. on Friday & Ends @ Noon on the following Friday

|        | F   | Sat/ Sun | M | T | W | Th | F | Sat/ Sun | M | T | W | Th | F |            |
|--------|-----|----------|---|---|---|----|---|----------|---|---|---|----|---|------------|
| Week 1 | Off | Off | 9 hrs | 9 hrs | 9 hrs | 9 hrs | 4* hrs |  |  |  |  |  |  | = 40 hours |
| Week 2 |  |  |  |  |  |  | 4* hrs | Off | 9 hrs | 9 hrs | 9 hrs | 9 hrs | Off | = 40 hours |
| * Eight hours are worked on Friday; however, 4 hours apply to week 1, and the remaining hours apply to week 2. |

11

Breaks

MEZZO Managers determine appropriate lunch and dinner breaks based on their needs. Typically, employees working for more than four consecutive hours are provided with a meal break of between 30 and 60 minutes. Breaks are allowed throughout the workday, as long as such breaks are handled so as not to disrupt the business processes of MEZZO.

Overtime

Nonexempt employees are to be paid time and one-half (1.5) for work time that exceeds 40 hours during a scheduled workweek. Employees asked to work overtime are expected to do so. Exempt employees are not eligible for overtime pay.

The calculation of overtime hours will not include holiday, paid leave or vacation days during a given scheduled workweek. Upon the discretion of management, nonexempt employees may be paid up to two and one half (2.5) for work time completed on a company holiday.

Attendance & Punctuality

Punctuality and regular attendance are important to the smooth operation of MEZZO. If you are consistently late or excessively absent, MEZZO's ability to perform work is affected and an unfair burden is placed on your co-workers. Therefore, unless your absence is permitted or excused under MEZZO's holiday, vacation, sick or other policies, you are responsible for being at work and arriving on time. If you are going to be absent or late, it is your responsibility to contact your supervisor or the Human Resource Manager as soon as possible, preferably in advance of lateness and no later than one hour after the start of the workday. If you are absent for several days, you must notify your supervisor or the Human Resource Manager each day.

An employee who is absent for reasons other than those permitted or excused by MEZZO's holiday, vacation, or leave policies, or who repeatedly fails to provide notice as required, will be subject to appropriate disciplinary action, up to and including discharge.

Availability for Work

Employees must be available for work during normal business hours. If, for any reason, there is a change in an employee's work availability status, he or she must notify his or her supervisor at least one week prior to the change.

Performance Reviews

Every MEZZO employee will be given a performance appraisal at least once a year. The employee's supervisor or a Human Resources Manager will give these reviews. The reviews will focus on job-related strengths and weaknesses, as well as overall fit with the company. Goals and improvement plans will be mapped out each review period and progress will be measured at the next review.

12

Employees will have the opportunity to thoroughly review all performance appraisals and provide a written response. All performance reviews and responses will become part of an employee's personnel file.

<u>Salary Increases</u>

Salary increases are based on performance or promotion. All salary increases are at the discretion of management.

<u>Bonus Structure</u>

MEZZO may institute a bonus structure or incentive plan at any time. MEZZO guarantees no bonus plans. Any bonus structure will be determined by management and will likely include some level of performance achievement. Employees will receive notice of any additions, subtractions, or changes to any new or existing bonus structure.

<u>Holidays</u>

MEZZO observes ten (10) official holidays throughout the year. Eligible employees will receive their normal pay on those days. Non-eligible employees may receive increased hourly rates if they are asked to work, but MEZZO guarantees neither the availability of work nor increased hourly rates. The following are paid holidays for eligible employees:

- New Year's Day
- Good Friday or Easter Monday (to be determined each year)
- Memorial Day
- Independence Day (4th of July)
- Labor Day
- Thanksgiving Day
- Day After Thanksgiving
- Christmas Eve
- Christmas Day
- Day after Christmas

If any of these official holidays falls on a weekend, MEZZO will provide another official holiday and notify all employees of that date.

Note: MEZZO will make reasonable efforts to accommodate holidays pertaining to an employee's established beliefs that are not included in the above list. Employees should speak with their supervisors to obtain approval for taking time off to observe such holidays.

Drugs and Alcohol

MEZZO will not tolerate the use or possession of illegal drugs on the job or on company property. Some prescription drugs are also inappropriate for use while operating machinery or driving on company business. If an employee must take prescription drugs during work hours or prescription drugs that have a lingering effect, that employee must inform his or her manager to assess whether those drugs might interfere with MEZZO duties. Use of alcohol is restricted to sanctioned MEZZO activities.

Employees using or possessing illegal drugs on company property or while at work or who report to work under the influence of alcohol or illegal drugs will be subject to Corrective Action, up to and including discharge. When an employee is involved in the use, possession, transfer, or sale of a substance in violation of this policy, MEZZO may notify appropriate authorities. Such notice will be given only after such an incident has been investigated and reviewed by the employee's supervisor, the Human Resources Director, and the President.

Smoking

Smoking is not allowed in MEZZO offices or facilities. Smoking is permitted only outside of MEZZO buildings, in designated smoking areas.

Violence & Weapons

MEZZO takes threats of violence extremely seriously. Any act or threat of violence by or against any employee, customer, supplier, partner or visitor is strictly prohibited. This policy applies to all company employees, whether on or off company property.

Any use or possession of weapons, whether illegal or not, is prohibited on company property, or while on company business. This includes knives, guns, martial arts weapons, or any other object that is used as a weapon. Any employee caught possessing a weapon will be disciplined, up to and including termination.

Food and Beverages

MEZZO business occasionally brings visitors to the office and facilities. MEZZO's surroundings should always reflect a professional appearance. Employee's may eat in their workspace, but should do so unobtrusively and in a manner so as to prevent damage to valuable company equipment and other property. All employees are personally responsible for keeping the area around their workstation clean and presentable. Employees are also responsible for returning meeting areas to a clean and presentable condition after use.

Workplace Attire

MEZZO has a business-casual dress environment. However, employees are expected to use good judgment and taste and to show courtesy to their co-workers and associates by dressing in a fashion

14

that is presentable and appropriate. An employee wearing any inappropriate attire may be required to change clothes and be clocked out while doing so.

Employees are to dress in appropriate business attire for meetings with clients or vendors at MEZZO's offices or other locations.

Visitors

Only customers and authorized visitors are permitted at MEZZO's offices. This includes sales persons, or those collecting for charitable causes. This is to protect the company from theft and exposure to lawsuits as well as to protect unauthorized visitors from potential injury. Employees are responsible for the conduct of their guests.

All visitors must enter through the reception area and be accompanied at all times by a MEZZO employee. Any employee that notices an unauthorized visitor should first address the visitor and ask his or her purpose on site. If the visitor is unable to answer satisfactorily, the employee should notify his or her supervisor immediately.

Expense Reimbursement

MEZZO will reimburse employees for reasonable pre-approved business expenses, pursuant to MEZZO Travel & Expense Policy, attached to this handbook as Exhibit E.

The MEZZO Travel Charges Report and the MEZZO Reimbursement Request Form are located in the Forms directory of the Community folder on "Mezzofs1". To receive payment, an employee must complete the form and it must be signed by the President and Contracts Manager. In addition, the form must be accompanied by receipts for each expense.

15

**Company Property and Assets**

Use of Company Property

All company workspace, including file cabinets and lockers, are the property of MEZZO and must be available to management at all times. The use of personal locks on any MEZZO property is strictly forbidden. No company property may be used to house personal files or items. No MEZZO equipment, including computers, photocopiers or printers, may be used for personal business.

Voice Mail and Electronic Mail

All electronic and telephone communication systems and all communications and information transmitted by, received from, or stored in these systems are the property of MEZZO and as such are intended for job-related purposes. Personal use should be kept to a minimum. For instance, use of internet access to send or receive personal email is inappropriate. Electronic or telephone communication systems may not be used to transmit messages that may be considered inappropriate under MEZZO's policies, including those prohibiting harassment. Employees are not permitted to use a code, access a file, or retrieve any stored communication unless authorized to do so or unless they have received prior clearance from an authorized company representative. All pass codes are the property of MEZZO and may be used by MEZZO to access electronic and telephone communications at any time. MEZZO reserves the right to monitor any electronic, telephone, or other communications made using MEZZO systems or property.

Telephone Use

Telephones are provided to enable employees to carry out work assignments in an efficient manner. Personal telephone calls should be kept to a minimum and personal toll calls should not be made at MEZZO's expense. In addition, although MEZZO does not currently have a cellular phone policy, overly loud ring tones, excessive personal conversations or other such conditions may lead to future restrictions.

Personal Safety

The safety of each employee's health and security is very important to MEZZO. MEZZO will make all reasonable efforts to address an employee's safety concerns. Employees should remember to use caution and good judgment in all activities and should notify their supervisor or a human resource representative if they believe there is a safety issue that should be addressed.

Personal Property

MEZZO does not assume responsibility for any personal property located on its premises. Employees are to use their own discretion when choosing to bring personal property into the office and do so at their own risk. Additionally, employees may not bring or display in the office any property that may be viewed as inappropriate or offensive to others.

16

Postage, Shipping and Office Supplies

Postage, shipping and office supplies paid for by MEZZO are for business purposes and are not to be used for an employee's personal purposes.

Monitoring & Searches

All company property is subject to monitoring and review at all times. This includes, but is not limited to, desks, lockers, company vehicles, computers and email files. Reasons for searches and reviews include, but are not limited to, personal abuse of company property, theft investigation and improper disclosure of confidential information.

MEZZO retains the right to conduct searches at any time. This includes the right to search individual computers or files, even if protected by a password. Any employee that attempts to obtain or alter a password for the purpose of accessing restricted files will be subject to Corrective Action, up to and including termination.

Confidential Information

MEZZO requires that employees do not disclose information held to be confidential by MEZZO and also requires new employees to sign a Non-Disclosure Agreement. This obligation extends beyond the termination of employment with MEZZO. Any questions about this policy should be addressed to a Human Resources Manager.

MEZZO Confidential Information includes any MEZZO proprietary information, technical data, trade secrets or know-how, including, but not limited to, research, product plans, products, services, customer lists and customers (including, but not limited to, customers of MEZZO on whom employees call or with whom they become acquainted during the term of their employment), markets, software, developments, inventions, processes, formulas, technology, designs, drawings, engineering, hardware configuration information, marketing, finances or other business information disclosed to the employee by MEZZO either directly or indirectly in writing, orally or by drawings or observation of parts or equipment. Further, Confidential Information does not include any of the foregoing items that have become publicly known and made generally available through no wrongful act of the employee who was under confidentiality obligations as to the item or items involved. In the event that an employee or former employee is required by law to disclose any Confidential Information, he or she will give MEZZO prompt advance written notice thereof and will provide MEZZO with reasonable assistance in obtaining an order to protect the Confidential Information from public disclosure.

Intellectual Property Policy

MEZZO encourages and expects its personnel to engage in creative activities as part of their duties. All MEZZO personnel are urged to bring to the attention of the Intellectual Property Department any discoveries, inventions and works potentially subject to legal protection under patent, copyright, or other law at the earliest possible date. Both MEZZO and MEZZO personnel gain prestige and potential financial benefit from such legal protection. MEZZO holds all right, title and interest to all MEZZO Intellectual Property in all countries.

MEZZO Intellectual Property is defined as any MEZZO Invention, MEZZO Work, MEZZO Software or other MEZZO Business Information. Business Information includes all ideas, potential marketing and sales relationships, research, plans for products or services, marketing plans, characters, know-how, trade secrets, information, data, developments, discoveries, improvements, modifications, technology, algorithms and designs, whether or not subject to patent or copyright protection, whether made, conceived, expressed, developed, or actually or constructively reduced to practice by a MEZZO employee solely or jointly with others in connection with or relating to any work performed for MEZZO. By accepting employment with MEZZO, each employee acknowledges that all of said Intellectual Property shall be considered as "work made for hire" belonging to MEZZO.

Employees further agree to assign and, upon creation, automatically assign to MEZZO the ownership of such material, including any copyright or other intellectual property rights in such materials, without the necessity of any further consideration. MEZZO shall have the exclusive right to use the inventions, whether original or derivative, for all purposes. At MEZZO's expense, employees will assist MEZZO in every proper way to protect the inventions throughout the world, including, without limitation, execution in favor of MEZZO or any affiliate of MEZZO patent, copyright and other applications and assignments relating to the inventions.

Execution of the MEZZO Employment Contract is effective to bind each employee to these terms.

Dissemination of Information

The Internet provides a new level of communication enabling all levels of company employees to make statements identified as originating from MEZZO. When a MEZZO employee sends a message or communicates through a public forum as an employee, it is natural for the recipient of that message or communication to understand it to be a company position or message. In fact, as will often be the case, it may be personal opinion. For this reason, MEZZO requires that any statements made to newspapers, magazines, internet content providers or other entities that disseminate information to the public must be approved in advance by the President or his or her designee.

Under no circumstances should employees disseminate company confidential information over the Internet or in any other manner without ensuring a Non-Disclosure Agreement ("NDA") is in effect. Great care must be taken even when sending confidential information to individuals who are covered by NDAs. It is very easy to make a mistake when messages are sent to inadvertently include wrong addresses or the wrong file. Security and confidentiality should be extremely high concerns for all company employees. When confidential files are sent over the Internet, users must take great care in disseminating them. It is strongly recommended that files be encrypted before file transmissions.

All employees must receive approval from their manager before distributing any MEZZO confidential information to persons outside of MEZZO. In addition, employees may be exposed to confidential information belonging to third parties (e.g., customers and collaborating entities). Dissemination of that confidential information will be governed by operative Non Disclosure Agreements or other legal instruments and may expose MEZZO and the employee to legal sanctions. At no time should such third party information be shared over the internet or otherwise without written approval by the President or his or her designee.

18

**Competing Business or Employment**

Conflicts of Interest

MEZZO requires that employees not compromise the company, its customers, partners or suppliers for personal gain. As examples, but not limiting the potential list, accepting gifts worth more than $25 from a vendor or conducting business for personal gain are both conflicts of interest. Employees are required to disclose all conflicts of interest to a supervisor. Failure to do may result in disciplinary action, up to and including termination.

Non-Solicitation

During the period of their employment and for a period of twelve (12) months after the termination of their employment with MEZZO, employees are bound against direct or indirect solicitation for employment, or employment, of any person who was employed by MEZZO during the employee's term of employment with MEZZO;

During the period of their employment and for a period of two (2) years after the termination of their employment with MEZZO, employees are bound against, directly or indirectly, calling on, soliciting, or otherwise taking away for the employee or for any other person or entity any person or entity who or which was a customer of MEZZO during the employee's term of employment with MEZZO.

Execution of the MEZZO Employment Contract is effective to bind each employee to these terms.

Competing Employment

Due to the highly competitive nature of the industry in which MEZZO is involved, employees are restricted from certain associations or working arrangements with competing or conflicting organizations. Subject to MEZZO's prior written approval, an employee may work for other businesses during the course of employment with MEZZO. An employee may not:

(1)     Accept or perform work of a nature that conflicts or competes in any way with the business or services of MEZZO;

(2)     Use any MEZZO resources including, but not limited to, computer hardware and software, telephones, facsimile machines, and copiers, for or in connection with any non-MEZZO work;

(3)     Perform any non-MEZZO work on MEZZO premises; or

(4)     Perform any non-MEZZO work during normal business hours.

After separation from employment with MEZZO, employees are restricted from accepting competing employment as described in the Non Compete and Non Disclosure Agreement. All employees are required to sign that Agreement during the orientation process.

19

**Leave Policies**

General Policies

MEZZO provides Eligible Employees with leaves for a variety of reasons.  The following discussion summarizes MEZZO's leave policies in a way that MEZZO hopes will be generally helpful.  MEZZO is not currently bound by the provisions of the Family and Medical Leave Act.  An overview of that Act is set out in Exhibit C in the Appendices.

As with all policies, MEZZO reserves the right to revise or rescind these policies at its discretion, subject to legal requirements.  This statement of leave policies is not intended to create a contract between MEZZO and its employees.

All leaves are granted for a specific period of time.  An employee who foresees being unable or unwilling to return to work at the end of the leave period should apply for any other leave for which the employee is eligible, including an extension of the current leave.  MEZZO reserves the right to terminate the employment of an employee who does not return to work at the end of the approved leave period.  In addition, any premiums owing due to participation in a health insurance plan or other group benefit offered by MEZZO will be the responsibility of the employee throughout the course of any leave.

Accumulating Paid Leave

Paid Leave is offered to full-time eligible employees based on a 'Years of Service' schedule which begins at the employee's hire date.  The schedule of accumulation is subject to change at any time, but in no case will accumulated leave be rescinded without payout or other compensation.

(a)     During their first eligible year, employees accumulate Paid Leave at a rate of eighty (80) hours of leave time per calendar year.  In the first calendar year, then, the employee accumulates Paid Leave equivalent to 80 hours prorated from the employee's eligibility date to the end of the year.

(b)     During the first five years of service, upon each anniversary of their eligibility date, an employee's accumulation rate will increase by 8 hours per year.  I.e., in an employee's third eligible year, he or she will accumulate ninety-six (96) hours of Paid Leave. After five years of service, an employee's accumulation rate will increase by 8 hours per two years until the employee accrues two hundred (200) hours of Paid Leave.  I.e., in an employee's seventh eligible year, he or she will accumulate one hundred and twenty eight (128) hours of Paid Leave.

Paid Leave will roll over from year to year if not expended, up to a maximum of eighty (80) hours. MEZZO reserves the right to pay out any unused Paid Leave at the end of the year rather than carry over Paid Leave from one year to the next.

20

<u>Vacations</u>

Vacation time must be scheduled and approved in advance by your supervisor. An authorized company holiday that falls on a normal business day during your vacation is not charged against your vacation time.

<u>Sick Leave</u>

Sick Leave is in addition to and separate from Paid Leave. Each eligible employee is granted forty (40) hours of Sick Leave per calendar year. Sick Leave is not prorated based on the employee's anniversary date and the amount granted each year does not change. If you are eligible for Sick Leave, you may use it to care for your sick or injured children on the same terms that apply to use for your own illnesses or injuries. Sick Leave is to be taken in the same year in which it is earned (for example, Sick Leave earned in 2007 is intended to be taken between January 1, 2007 and December 31, 2007). MEZZO currently offers optional disability insurance which will take effect on or before that time if the employee is enrolled at the time of the disability onset.

The following guidelines are to be followed if you must miss work because of illness:

(a) If you do not report to work, you must contact your supervisor or the Human Resource Manager or have someone contact them for you as early as possible after the office opens. If for any reason you are unable to get in touch with your supervisor or the Human Resource Manager, you must notify another employee at Mezzo of your absence.

(b) If you must leave the office before closing time because of illness, inform your supervisor or the Human Resource Manager.

(c) If you foresee the need to take sick leave (e.g., for non-emergency surgery or for a doctor's appointment), tell your supervisor or the Human Resource Manager as soon as possible so that plans can be made to cover your absence.

(d) If you are absent because of sickness or disability, MEZZO may require that a doctor of MEZZO's choice examine you.

(e) In case of an extended absence, you should consult other sections of this handbook and your insurance plan booklet to see whether you are eligible for medical leave of absence.

<u>Personal Leave of Absence</u>

Requests for personal leave without pay are considered individually and granted at the discretion of management. The reason for the request, the employee's length of service, the employee's work record and the demands of the individual's job are examples of the type of factors typically considered in evaluating a request for personal leave of absence. A request for personal leave of absence will be granted only if the employee is not eligible for any other type of leave. An employee may not be on personal leave of absence for more than 2 months in a calendar year.

21

Jury Duty

Employees summoned for jury duty will be allowed the necessary time off from work to perform this civic responsibility. Full-time eligible employees will be compensated for the difference between their regular pay and the amount received for the performance of such duty for up to 5 working days. The employee must present evidence of jury service and the associated check stub to the Payroll department immediately upon return to work. Employees must give MEZZO 15 days advance notice. Employees will be expected to report to work during all regular hours if their presence is not required in a jury room or court.

Medical Leave of Absence

Upon written application by an employee who has at least 24 months of continuous service with the company, MEZZO will grant to the employee for an appropriate period of time a leave of absence without pay for illness or pregnancy subject to the requirements set forth below. The company reserves the right to request a certificate or statement from the employee's physician establishing the employee's physical need for the leave of absence. An employee returning to work from a leave of absence in the case of illness or pregnancy will present a certificate or statement from the employee's physician indicating that the employee is able to return to work.

The following requirements will be applicable to employees on all types of leaves of absence:

a) An employee on any leave of absence shall not return to work prior to the expiration of his or her leave without the prior written consent of MEZZO.

b) An employee who does not return to work at the end of his or her leave of absence will be considered to have voluntarily resigned from employment with MEZZO.

c) If an employee returns to work within eight weeks after the leave of absence begins, the company will return the employee to employee's previous job, if the job exists and if the employee remains qualified and able to perform the work in such job.

d) If an employee returns to work more than eight weeks after the leave of absence begins, the company shall not be required to return the employee to any job within the company.

e) An employee who accepts other employment while on any leave will be deemed to have voluntarily resigned his or her employment with the company.

f) Group insurance participation for employees on a leave of absence will continue during the leave but will terminate the first day after the day on which the leave of absence ends, but in no event later than eight weeks following the date of commencement of the leave, if the employee has not returned to full time employment by that date. During the course of the leave, the employee will be responsible for any premiums due.

g) The time that an employee is on leave of absence will be counted as time worked for determining whether or not the employee is entitled to other company benefits, subject, of course, to the specific provisions of any health insurance policy, retirement plan or other

22

benefit package. Similarly, an employee's length of service will continue to increase while the employee is on leave of absence. While out on leave, however, the employee will not accumulate vacation/sick time.

Military Duty

Employees who are absent from work in order to attend an annual encampment in a recognized reserve branch of the armed forces of the United States have the option to receive an unpaid leave of absence of up to a maximum of two weeks per year without depleting accumulated vacation/sick time. Leaves for military service and reinstatement after performing military service will be provided in accordance with the requirements of law. Full-time eligible employees will receive pay equal to one-third (1/3) of the difference between the employee's regular wages and the military pay.

Funeral Leave

When a death occurs in an employee's immediate family, an employee may take up to three days without pay in order to attend the funeral or make funeral arrangements without depleting accumulated Paid Leave. In the alternative, the employee may expend up to three (3) days of Sick Leave if the employee has any Sick Leave remaining for that year. In unusual circumstances, additional time off may be granted, without pay, at the discretion of MEZZO. For purposes of the funeral leave policy, "immediate family" means an employee's spouse or child, as well as a parent, grandparent, brother, or sister of the employee or the employee's spouse.

Forced Closings and Severe Weather

Unless notified by your supervisor, you are to report to work on all regularly scheduled days, regardless of weather conditions. If you are unable to report to work due to weather conditions, you must notify your supervisor as soon as possible.

In the event that the company closes due to severe weather conditions or another reason, you will not be required to report to work. You will be paid for that day and it will not be counted as a vacation day.

23

**Employee Benefits**

The following is a summary of benefits that MEZZO may make available to Eligible Employees. The separate plan documents explain each benefit in greater detail and the language of the plans' documents controls the various plans. Benefits may be modified, added or terminated at any time by the insurance company or benefit provider, per the terms of the plan, or by MEZZO, at its discretion.

Benefits Eligibility

Full-time employees are Eligible Employees. An employee becomes eligible to participate in each plan as defined by the terms of the plan documents. At the current time, the eligible date is the first of the month following completion of thirty (30) days of employment. Part-time employees and those hired for a contract term of less than one (1) calendar year are not eligible for these benefits.

Medical Insurance

Medical insurance is available for Eligible Employees and their qualified dependents according to the plan year Group Policy. The plan document details coverage, eligibility, waiting periods and cost. Mezzo contributes 100% of the employee premium and 20% of the family premium to employees who join the Group Health Plan. Those employees who are not on the plan will not receive the contribution.

Retirement Plan

Eligible Employees will be given the option to enroll in the MEZZO 401(k) or other retirement program if such a plan is available.

Stock Options

In the past, Eligible Employees have been granted a number of stock options in MEZZO, typically fully vesting over a four-year period. Any stock option granted will be accompanied by a Stock Option Plan in force for that calendar year. MEZZO is never obligated to offer such a Stock Option Plan and the decision to grant stock options is completely discretionary.

Worker's Compensation

MEZZO requires that all employees report job-related accidents or injuries to a supervisor immediately, whether the accident occurred on or off company premises. Failure to report an injury, regardless of how minor, could result in difficulty with the employee's claim. Employees are expected to return to work immediately upon release by their doctor.

COBRA

The Consolidated Omnibus Budget Reconciliation Act (COBRA) allows employees and covered persons to continue health coverage under the company's health plan after the employee loses his or

24

her eligibility (e.g., upon termination).  Under COBRA, the employee must pay the full cost of coverage at the company's group rate, plus an administrative fee.  Details of COBRA coverage and how to apply for it will be provided by a Human Resources Manager at the time eligibility is lost.

**<u>Disciplinary Policies</u>**

<u>Problem Resolution</u>

MEZZO seeks to deal openly and directly with its employees and believes that communication between employees and management is critical to solving problems.

Co-workers that may have a problem with one another should attempt to resolve the problem themselves. If a resolution cannot be agreed upon, both employees should approach their supervisor(s), who will work with the employees to determine a resolution. In these instances, the decision of the supervisor is final.

Employees that have a problem with a supervisor should first go to the supervisor and state the problem. If a resolution cannot be agreed upon, the employee should present his or her problem, in writing, to a Human Resources Manager or the company President. The decision of the HR Manager or President will be final.

<u>Corrective Action</u>

Corrective Action may be taken against an employee in response to a rule infraction or a violation of company policies. Corrective Action will continue until the violation or infraction is corrected. Corrective Action usually begins with a verbal warning, followed by a written warning that is placed in the employee's personnel folder. If more serious Corrective Action is required, the employee may be put on probation, or have his or her employment terminated.

MEZZO considers some violations as grounds for immediate dismissal, including, but not limited to: insubordinate behavior, theft, destruction of company property, breach of confidentiality agreement, untruthfulness about personal background, drug or alcohol abuse, or threats of violence.

Employees charged with some infraction and subject to Corrective Action may appeal that Corrective Action. An appeal must be submitted in writing to a Human Resources Manager or the Company President. If, after reviewing the corrective action, the HR Manager or President determines that the supervisor followed procedures accordingly, the Corrective Action will stand. If the supervisor has failed to follow company policy, the action may be reversed. The decision of the HR Manager or President is final.

26

**<u>Separation Policies</u>**

<u>Job Abandonment</u>

Employees of MEZZO that are absent for more than two consecutive days without notifying a direct supervisor are considered to have voluntarily abandoned their employment with the company. The effective date of termination will be the last day the employee completed a full work day. If an employee voluntarily abandons his or her employment, he or she will not be entitled to payment for accrued vacation days, unless required by law.

<u>Resignation</u>

An employee who wants to terminate employment, regardless of employee classification, is expected to give as much advance notice as possible. Two weeks or ten working days is generally considered to be sufficient notice time. If an employee resigns to join a competitor, if there is any other apparent conflict of interest, or if the employee refuses to reveal the circumstances of his or her resignation and the future employer, MEZZO may require the employee terminate employment immediately rather than work during the notice period. This is not to be construed as a reflection upon the employee's integrity but an action in the best interests of business practice. When immediate termination occurs for any of the above reasons, the employee will receive pay in lieu of notice, up to a maximum of eighty (80) hours at the employee's straight-time rate or two weeks of salary.

<u>Termination</u>

MEZZO does not have tenure or guaranteed employment. Every employee is employed "at will." Either the Employee or MEZZO may terminate employment at any time for any reason.

Termination may result from any of the following:

(a) Corrective Action measures, which include infractions for violation of company policies;

(b) Layoffs, which include the elimination of an employee's job function or headcount reduction due to redundancy or cost reduction; or

(c) Involuntary Dismissal, which may include poor performance reviews or failure to demonstrate an acceptable attitude in the workplace.

Termination resulting from Corrective Action will be entered into the employee's personnel file. The employee shall be provided with a written summary of the reason for termination. No salary continuance or severance pay will be allowed in such cases. In addition, any employee who is terminated: as a result of Corrective Action; by Involuntary Dismissal; or allowed to resign in lieu of termination, will not be eligible for rehire unless MEZZO is able to determine that the former employee is fully rehabilitated, highly unlikely to repeat the offending behavior, and that the employee's skill set or experience is of specific value to MEZZO.

27

Separation Process

MEZZO requires that employees return all documents, files, computer equipment, uniforms, company tools, business credit cards, keys and other company owned property on or before the last day of work. Employees leaving the company will be required to participate in an exit interview with a Human Resources Manager. When all company owned property has been collected, the employee will receive his or her final paycheck and any accrued Paid Leave, if applicable.

Employment References

Due to confidentiality considerations, MEZZO <u>does not provide</u> employment references for former employees. Human Resources will provide dates of employment and positions held only.

Termination Disputes

Any dispute or claim that arises out of or that relates to employment with MEZZO, or that arises out of or that is based on the employment relationship [including any wage claim, any claim for wrongful termination, or any claim based on any employment discrimination or civil rights statute, regulation or law], including tort or harassment claims [except a tort that is a "compensable injury" under workers' compensation law], shall be resolved by arbitration in accordance with the then effective commercial arbitration rules of the American Arbitration Association by filing a claim in accordance with the filing rules of the American Arbitration Association, and judgment on the award rendered pursuant to such arbitration may be entered in any court having jurisdiction thereof.