# EXHIBIT L

MENU

2025-04-30

# INTERGALACTIC SELECTED TO SUPPLY THERMAL MANAGEMENT SYSTEM FOR L3HARRIS ON U.S. NAVY NEXT GENERATION JAMMER – LOW BAND PROGRAM

PRESS RELEASE ARCHIVE

*Intergalactic will develop a compact, lightweight, and efficient ram air-cooled passive liquid chiller for an advanced airborne electronic warfare system.*

MENU 

Navy's Next Generation Jammer – Low Band (NGJ-LB) program, an advanced airborne electronic warfare system.

"We couldn't be more thrilled to partner with L3Harris to provide a modern, lightweight, and rugged thermal management solution for the Navy's NGJ-LB program," said Intergalactic Chief Growth Officer Brad Plothow. "L3Harris' pod capabilities will provide a vital upgrade to the jamming capabilities of the Navy's EA-18G aircraft fleet and protect U.S. military forces and global allies with enhanced electronic capabilities."

In September 2024, L3Harris received a five-year contract, worth up to $587.4 million, to deliver custom tactical jamming pods designed to modernize the U.S. Navy's Airborne Electronic Attack capability. L3Harris' solution consolidates advanced processing with increased jamming capability and will be easier to maintain than the Navy's current system through a modular, open-system architecture that enables seamless upgrades. The L3Harris system will operate with joint and allied forces to provide growth capacity for future technology integration to stay ahead of adversarial capabilities.

L3Harris will deliver operational prototype pods to U.S. Naval Air Systems Command for fleet assessment and additional test assets for airworthiness and design verification over the next five years. The NGJ-LB pods will fly on the EA-18G Growler and will augment the legacy AN/ALQ-99 Tactical Jamming System.

Intergalactic's thermal management solution offers high-kilowatt heat rejection in a small, lightweight package. Intergalactic's passive thermal system for NGJ-LB will utilize custom systems design while leveraging proven and proprietary Intergalactic core technologies, such as the Boreas3 Heat Exchanger, a patented laser-welded microtube heat exchanger technology which has been through full MIL-STD-810 environmental testing and flight qualification on other military aerospace programs.

"When we founded Intergalactic, our goal was to enable the next generation of air and space breakthroughs by solving the thermal management problems that have kept so many innovations on the ground," said Intergalactic Chief Technology Officer Nick Kaiser. "The Next Generation Jammer program is exactly the kind of critical modernization effort that greatly benefits from our work to upgrade and validate a new and improved technology stack for robust, powerful, and lightweight aerospace thermal management."

Intergalactic was founded in 2016 on the vision of reimagining thermal management technology as rising heat loads become a constraining problem in defense aerospace, civil aviation, and space. Today, Intergalactic develops some of the smallest, lightest, and most



MENU 

controllers and software.

For more information on Intergalactic, visit www.ig.space.

###

**About Intergalactic**

We're on the verge of a new era in space and sky, with innovation happening at a rate not seen since the Space Race. But innovation requires breaking barriers, and in space and aviation, heat barriers are among the most formidable. That's where Intergalactic comes in. We're an aerospace systems integrator pioneering the smallest, lightest, and most advanced thermal management solutions in the space, defense, and commercial aviation sectors. We engineer and integrate next-generation subsystems, proprietary equipment, and intelligent software to enable boundary pushing performance and unrivaled reliability in space, sky, undersea, or on land. Learn more at www.ig.space.



MENU