Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

INTERNATIONAL MEZZO TECHNOLOGIES, INC.,

Plaintiff,

v.

AIRBORNE ECS LLC,

Defendants.

No. 2:24-cv-01368-JNW

**[PROPOSED] ORDER GRANTING PLAINTIFF INTERNATIONAL MEZZO TECHNOLOGIES, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

**NOTE ON MOTION CALENDAR: January 19, 2026**

This matter comes before the Court on Plaintiff International Mezzo Technologies, Inc.'s ("Mezzo") Motion for Leave to File First Amended Complaint ("Motion"). The Court has reviewed the Motion, the rest of the file, and the governing law.

The Court being fully advised, it is hereby ORDERED that Mezzo's Motion is GRANTED. Mezzo is directed to file its Amended Complaint within seven days of this order.

IT IS SO ORDERED.

Dated this _____ day of _____, 2025.

_____
Jamal N. Whitehead
United States District Judge

[PROPOSED] ORDER GRANTING MEZZO'S
MOTION FOR LEAVE TO FILE AMENDED
COMPLAINT (2:24-cv-01368-JNW) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Presented by:
CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

s/John D. Denkenberger
John D. Denkenberger, WSBA No. 25,907
John Whitaker, WSBA No. 28,868
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
E-mail:  john.denkenberger@cojk.com,
john.whitaker@cojk.com, litdoc@cojk.com

CARVER DARDEN KORETZKY
TESSIER FINN BLOSSMAN & AREAUX


s/Emily Gummer
David Scotton (admitted *pro hac vice*)
Emily Gummer (admitted *pro hac vice*)
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone:  504.585.3821
E-mail:  scotton@carverdarden.com,
gummer@carverdarden.com

*Attorneys for Plaintiff International Mezzo
Technologies, Inc.*

[PROPOSED] ORDER GRANTING MEZZO'S
MOTION FOR LEAVE TO FILE AMENDED
COMPLAINT (2:24-cv-01368-JNW) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100