THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL MEZZO
TECHNOLOGIES, INC.,

                Plaintiff,

      v.

AIRBORNE ECS, LLC,

                Defendant.

No. 2:24-cv-01368-JNW

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT UNDER RULE 12(B)(6)**

**NOTE ON MOTION CALENDAR**:
February 10, 2026

The Court, having reviewed the pleadings and materials in the case, it is hereby ORDERED that:

Defendant's Motion to Dismiss is GRANTED.

DATED this _____ day of _____, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS THE AMENDED COMPLAINT
UNDER RULE 12(b)(6)
(CASE NO. 2:24-CV-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
Seattle, Washington 98112
206-208-2270

1

*Presented by:*

MARTINEZ & FARMER LLP

By: */s/ Tyler L. Farmer*

Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
T: 206.208.2270
tyler@mfseattle.com
ariel@mfseattle.com

William E. Devitt*
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Phone: (312) 269-4240
wdevitt@jonesday.com

Laura Kanouse Vining*
JONES DAY
1221 Peachtree Street N.E., Suite 400
Atlanta, GA 30361
Phone: (404) 581-8352
lkvining@jonesday.com

Yury Kalish*
Jennifer L. Swize*
Nathaniel C. Sutton*
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Phone: (202) 879-3939
ykalish@jonesday.com
jswize@jonesday.com
nsutton@jonesday.com

Randall E. Kay*
JONES DAY
4655 Executive Drive
San Diego, CA 92121-3134
Tel: (858) 314-1200

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS THE AMENDED COMPLAINT
UNDER RULE 12(b)(6)
(CASE NO. 2:24-CV-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
Seattle, Washington 98112
206-208-2270

2

rekay@jonesday.com

Robert M. Breetz*
Emily C. Towers*
901 Lakeside Ave
Cleveland, OH 44114
Phone: (216) 586-3939
rbreetz@jonesday.com
etowers@jonesday.com

*Admitted *pro hac vice*

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS THE AMENDED COMPLAINT
UNDER RULE 12(b)(6)
(CASE NO. 2:24-CV-01368-JNW)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST., SUITE 300
Seattle, Washington 98112
206-208-2270