Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

INTERNATIONAL MEZZO TECHNOLOGIES, INC.,

                Plaintiff,

      v.

AIRBORNE ECS LLC,

                Defendants.

No. 2:24-cv-01368-JNW

**ORDER GRANTING PLAINTIFF INTERNATIONAL MEZZO TECHNOLOGIES, INC.'S UNOPPOSED MOTION TO SEAL**

**NOTE ON MOTION CALENDAR: December 29, 2025**

This matter comes before the Court on Plaintiff International Mezzo Technologies, Inc.'s ("Mezzo") Motion to Seal and the Court being fully advised, and for compelling reasons shown, IT IS HEREBY ORDERED that Plaintiff's Motion to Seal, Dkt. No. 91, is GRANTED.

The Clerk is directed to maintain Exhibit K to Plaintiff's Proposed Amended Complaint, Dkt. No. 92-12 under seal.

IT IS SO ORDERED.

Dated this 17th day of June, 2026.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO
SEAL
(2:24-cv-01368-JNW) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Presented by:
CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

s/John D. Denkenberger
John D. Denkenberger, WSBA No. 25,907
John Whitaker, WSBA No. 28,868
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
E-mail:  john.denkenberger@cojk.com,
john.whitaker@cojk.com, litdoc@cojk.com

CARVER DARDEN KORETZKY
TESSIER FINN BLOSSMAN & AREAUX

s/Emily Gummer
David Scotton (admitted *pro hac vice*)
Emily Gummer (admitted *pro hac vice*)
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone:  504.585.3821
E-mail:  scotton@carverdarden.com,
gummer@carverdarden.com

*Attorneys for Plaintiff International Mezzo
Technologies, Inc.*

ORDER GRANTING PLAINTIFF'S MOTION TO
SEAL
(2:24-cv-01368-JNW) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100